# EXHIBIT A

**CNA**

## POLICY CERTIFICATION

**I, Teika Baker, not individually but as an agent of The Continental Insurance Company  certify that I am employed as an agent of The Continental Insurance Company; that I have limited or no personal knowledge of the attached policy # 6072406876 that lists Continental Insurance Company as the company; that having made due inquiry of the company's records and the knowledge of other company agents as necessary, I believe the attached policy to be a true and accurate copy of all or a portion of the policy issued by The Continental Insurance Company to:**

| Named Insured | PACIFIC CONSTRUCTION GROUP |
|---|---|
| **Policy Number:** | **IM 6072406876** |
| **Policy Term** | **September 23, 2019 TO  September 23, 2020** |
| | |

**for the following coverages**

| This certificate is to include any and all Endorsements for policy |
|---|
| |
| |

**In the event that as result of a reasonable search, complete copies of all policy Endorsements are not available at this time, they will be forwarded to you should they become available at a later date.  The following endorsements and forms are also a part of this policy but have not been located:**

| FORM NUMBER | DESCRIPTION |
|---|---|
| | |
| | |
| | |
| | |
| | |

| | 09/27/2019 |
|---|---|
| **Signature** | **Date** |



**Policyholder Notice – Countrywide**

# IMPORTANT INFORMATION

## REQUEST FOR JURISDICTIONAL
## INSPECTION OF PRESSURE EQUIPMENT

Many states and some cities issue certificates permitting the continued operation of certain equipment such as boilers, water heaters and pressure vessels. Periodic inspections are required to renew these certificates. In most jurisdictions, as part of an equipment breakdown policy, insurance company employees who have been licensed are authorized to perform these inspections.

**If:**

- You own/operate pressure equipment that requires a certificate from a state, county, city or parish to operate legally, and
- We insure that equipment under this Policy, and
- You would like CNA to perform the next required inspection:

**Then:**

Complete the form on page 2 and email, mail or fax as instructed:

**No need to call or respond if you do not have boilers or pressure vessels that require operating certificates.**

**BY EMAIL:** **EBinspections@cna.com** (please scan the completed form and attach)

**BY MAIL:**                                                                              **BY FAX:**        609-524-3649

CNA Equipment Breakdown Risk Control
184 Liberty Corner Road
4th Floor, Suite 402
Warren, NJ 07059                                                          **BY PHONE:**    call 866-262-0540 – press "4"

Questions or inquiries can be made via any of the above methods of communication.



**Please note the following:**

- Your jurisdiction(s) may charge you a fee for renewing a certificate. It is your responsibility to pay such a fee.
- If CNA is required to pay the fee on your behalf, CNA will invoice you to recover that fee.
- All the provisions of the INSPECTION AND SURVEYS condition apply to the inspections described in this notice.

**Failure to notify us can result in fines and penalties being issued to the equipment owner by the governing jurisdiction. CNA is not responsible for said fines or penalties.**

## REMINDER

If new equipment is installed or old equipment replaced that requires a jurisdictional inspection, please let us know by transmitting the new information to the postal address/fax number/email address listed above and on the following page.

If this is a renewal and information (locations) has not changed, please disregard this notice.

If inspection and maintenance are outside of your area of responsibility, we would appreciate your forwarding this notice to the appropriate person. **If no response is received, we are assuming there are no jurisdictional objects at your location(s) and no inspections are required.**

**Note: Jurisdictional inspections are not conducted outside of the United States, its territories, possessions, or Canada.**



CNA62823XX (07-2017)                    Copyright CNA All Rights Reserved.                    Page 1 of 2

**CNA**

**Policyholder Notice – Countrywide**

# REQUEST FOR JURISDICTIONAL INSPECTION

| | |
|---|---|
| **Insured Name:** | |
| **Facility/Location Name:** | |

| | |
|---|---|
| **Policy Number:** | **Policy Term:** |

| | |
|---|---|
| **Contact Person & Title:** | |
| **Contact Phone Number(s)—Office:** | **Cell:** |
| **Contact Email Address:** | |

| Location Address[1] | City | State | Zip |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |

| Equipment Type[2,3,4] <br><br> (Boiler, Pressure Vessel) | Registration Number (State #) | Certificate Expiration Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**Completed By (Name & Date):** _____

**Telephone #/Email Address:** _____

**BY EMAIL:**      EBinspections@cna.com (please scan the completed form and attach)

**BY MAIL:**                             **BY FAX:** 609-524-3649
CNA Equipment Breakdown Risk Control
184 Liberty Corner Road
4th Floor, Suite 402
Warren, NJ 07059                         **BY PHONE:** call 866-262-0540 – press "4"

[1]If multiple objects and/or multiple locations, please list all required information on separate page(s).

[2]Boiler is defined as an enclosed vessel heated by fuel or electricity to produce steam or hot water.

[3]Pressure Vessel is defined as an enclosed vessel (tank) greater than 6 cubic feet (18 inches x 40 inches) to store liquid or gas under pressure for use when needed.

[4]LPG (ex: propane, propylene, butane & butylenes) Tank with vapor pressures not exceeding that allowed for commercial propane. California requirement only.

     Copyright CNA All Rights Reserved.     

**CNA**

**Policy Holder Notice – Countrywide**

# IMPORTANT INFORMATION

## NOTICE – OFFER OF TERRORISM COVERAGE; DISCLOSURE OF PREMIUM

**THIS NOTICE DOES NOT FORM A PART OF THE POLICY, GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

As used herein, 1) "we" means the insurer listed on the Declarations or the Certificate of Insurance, as applicable; and 2) "you" means the first person or entity named on the Declarations or the Certificate of Insurance, as applicable.

You are hereby notified that under the Terrorism Risk Insurance Act, as extended and reauthorized ("Act"), you have a right to purchase insurance coverage of losses arising out of acts of terrorism, as defined in Section 102(1) of the Act, subject to all applicable policy provisions. The Terrorism Risk Insurance Act established a federal program within the Department of the Treasury, under which the federal government shares, with the insurance industry, the risk of loss from future terrorist attacks.

This Notice is designed to alert you to coverage restrictions and to certain terrorism provisions in the policy. If there is any conflict between this Notice and the policy (including its endorsements), the provisions of the policy (including its endorsements) apply.

CHANGE IN THE DEFINITION OF A CERTIFIED ACT OF TERRORISM

The Act applies when the Secretary of the Treasury certifies that an event meets the definition of an act of terrorism. Originally, the Act provided that to be certified, an act of terrorism must cause losses of at least five million dollars and must have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest to coerce the government or population of the United States. However, the 2007 re-authorization of the Act removed the requirement that the act of terrorism must be committed by or on behalf of a foreign interest, and now certified acts of terrorism may encompass, for example, a terrorist act committed against the United States government by a United States citizen, when the act is determined by the federal government to be "a certified act of terrorism."

In accordance with the Act, we are required to offer you the ability to purchase coverage for losses resulting from an act of terrorism that is certified under the federal program. The other provisions of this policy, including nuclear, war or military action exclusions, will still apply to such an act.

DISCLOSURE OF FEDERAL PARTICIPATION IN PAYMENT OF TERRORISM LOSSES

The Department of the Treasury will pay a share of terrorism losses insured under the federal program. In 2015, the federal share equals 85% of that portion of the amount of such insured losses that exceeds the applicable insurer retention, and shall decrease by 1 percentage point per calendar year until equal to 80%.

LIMITATION ON PAYMENT OF TERRORISM LOSSES

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year (January 1 through December 31), the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.





Copyright CNA All Rights Reserved.

**CNA**

**Policy Holder Notice – Countrywide**

Further, this coverage is subject to a limit on our liability pursuant to the federal law where, if aggregate insured losses attributable to terrorist acts certified under the Act exceed $100 billion in a calendar year (January 1 through December 31) and we have met our insurer deductible under the Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion. In such case, insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

CONFIRMATION OF ACCEPTANCE OF COVERAGE

In accordance with the Act, we offered you coverage for losses resulting from an act of terrorism that is certified under the federal program. This notice confirms that you have chosen to accept our offer of coverage for certified acts of terrorism. The policy's other provisions, including nuclear, war or military action exclusions, will still apply to such an act. The premium charge for terrorism coverage, if any, is shown separately on the Declarations or the Certificate of Insurance, as applicable.

  Copyright CNA All Rights Reserved.

**CNA**

# POLICYHOLDER NOTICE

CNA Commercial Insurance
151 N. Franklin St.
Chicago, IL 60606

Regarding Your:        CNA Commercial Insurance Coverage

Dear CNA Policyholder:

Ethics and proper business conduct has been the cornerstone of CNA since 1897. While much has changed during the last century, our commitment to these core values has not wavered. We strongly believe that proper business conduct is more than the practice of avoiding wrong; it is also a matter of choosing to do right. Nowhere is this more essential than helping in the fight against terrorism. As such, we are committed to complying with U.S. Department of Treasury Office of Foreign Asset Control (OFAC) requirements.

Through a variety of laws, OFAC administers and enforces economic sanctions against countries and groups of individuals, such as terrorists and narcotics traffickers. These laws prohibit **all** United States citizens (including corporations and other entities) and permanent residents from engaging in transactions with sanctioned countries and with individuals and entities on the Specially Designated Nationals (SDN) list. Because all U.S. citizens and companies are subject to this law, we wanted to be sure you were aware of its scope and restrictions. If you haven't already done so, you may want to consider discussing this issue with your legal counsel to ensure you are in compliance.

For insurance companies, accepting premium from, issuing a policy to, insuring property of, or making a claim payment to an individual or entity that is the subject of U.S.-imposed economic sanctions or trade embargoes usually are violations of these laws and regulations. Fines for violating OFAC requirements can be substantial. CNA has established an OFAC compliance program part which includes the use of exclusionary policy language. We believe this makes good business sense for CNA and you.

The purpose of this letter is to advise you that your renewal policy includes OFAC exclusionary policy language, which may reduce or eliminate certain coverage. Specifically, if it is determined that your policy violates certain Federal or State laws or regulations, such as the U.S. list of Specially Designated Nationals or Blocked Persons (organizations or individuals associated with terrorist groups) any term or condition of your policy will be null and void to the extent it violates the applicable laws or regulations of the United States.

We're sure you share our commitment to compliance and thank you for your cooperation.



G-145041-A
(Ed. 05/03)

Page 1 of 1

**CNA**

Inland Marine

New Business Declaration

| POLICY NUMBER | COVERAGE PROVIDED BY | FROM – POLICY PERIOD – TO |
|---|---|---|
| C 6072406876 | The Continental Insurance Co. | 09/23/2019    04/15/2020 |
| | 151 N Franklin | |
| | CHICAGO, IL 60606 | |

**INSURED NAME AND ADDRESS**
PACIFIC CONSTRUCTION GROUP
17895 SKY PARK CIRCLE #K
IRVINE, CA 92614

**AGENCY NUMBER**
057447

**AGENCY NAME AND ADDRESS**
MILLENNIUM RISK MGMT. INS.
550 N BRAND BLVD STE 1100
GLENDALE, CA 91203
Phone Number: (626)275-3000

**BRANCH NUMBER**
240

**BRANCH NAME AND ADDRESS**
LOS ANGELES
WEDBUSH CENTER
1000 WILSHIRE BLVD 18 FL #1800
LOS ANGELES, CA 90017
Phone Number: (877)400-0750

This policy becomes effective and expires at 12:01 A.M. standard time at your mailing address on the dates shown above.

The Named Insured is a Corporation.

Your policy is composed of this Declarations, with the attached Common Policy Conditions, Coverage Forms, and Endorsements, if any. The Policy Forms and Endorsement Schedule shows all forms applicable to this policy at the time of policy issuance.

The Policy Premium Is                    $29,673.00


Terrorism Risk Insurance Extension Act Premium        $164.00

Your Premium includes the following amount to cover a fire loss that follows from a certified act of terrorism, even if certified acts of terrorism are otherwise excluded under this policy (statutorily required for locations in the Standard Fire Policy states of CA,HI,ME,MO,OR AND WI):                    $164.00


In return for the payment of the premium, and subject to all the terms and conditions contained here-in, we agree to provide the insurance as stated.

| POLICY NUMBER | INSURED NAME AND ADDRESS |
|---|---|
| C 6072406876 | PACIFIC CONSTRUCTION GROUP |
| | 17895 SKY PARK CIRCLE #K |
| | IRVINE, CA  92614 |

## <u>INLAND MARINE SUMMARY OF COVERAGES</u>

**Builders Risk**
- Builders Risk Coverage Form - CNA71622

POLICY NUMBER         INSURED NAME AND ADDRESS
C 6072406876             PACIFIC CONSTRUCTION GROUP
                      17895 SKY PARK CIRCLE #K
                      IRVINE, CA  92614

### COMMERCIAL INLAND MARINE MORTGAGEE SCHEDULE

<u>MORTGAGEE NAME AND ADDRESS</u>:

**<u>LOCATION</u>**    1    **<u>BUILDING</u>**    1

Bank National Association, ISAOA ATIMA
4100 Newport Place,Suite 900
.
Newport Beach, CA 92660



POLICY NUMBER
C 6072406876

INSURED NAME AND ADDRESS
PACIFIC CONSTRUCTION GROUP
17895 SKY PARK CIRCLE #K
IRVINE, CA  92614

## INLAND MARINE LOSS PAYEE SCHEDULE

All loss payees as their interests may appear in the Covered Property.

The following provisions apply in accordance with the insurable interest of the loss payee:  Loss Payable, Lender's Loss Payable, or Contract of Sale.

Description of Property: Any Covered Property in which a loss payee, creditor or lender holds an interest, including any person or organization you have entered a contract with for the sale of the Covered Propery.

**LOCATION**    1  **BUILDING**    1

  **Provisions Applicable**  **:** N/A
  **Description of Property:**
  **Loss Payee Name and Address:**
  Bank National Association, ISAOA ATIMA
  4100 Newport Place,Suite 900
  .
  Newport Beach, CA 92660

POLICY NUMBER
C 6072406876

INSURED NAME AND ADDRESS
PACIFIC CONSTRUCTION GROUP
17895 SKY PARK CIRCLE #K
IRVINE, CA  92614

## FORMS AND ENDORSEMENTS SCHEDULE

### DECLARATIONS AND SCHEDULES

| FORM NUMBER | | FORM TITLE |
|---|---|---|
| CM0001 | 09/2004 | Commercial Inland Marine Conditions |
| CNA71622XX | 07/2013 | Builders Risk Coverage Form |
| CNA71625XX | 06/2016 | Builders Risk Declarations - Specified Location |
| CNA71626XX | 07/2013 | Additional Named Insureds (fixed text version) |
| G144291A | 03/2003 | Economic And Trade Sanctions Condition |
| G15028A | 08/1989 | Loss Payable Provision |
| IL0003 | 09/2008 | Calculation of Premium |
| IL0017 | 11/1998 | Common Policy Conditions |
| IL0102 | 05/2005 | California Changes - Actual Cash Value |
| IL0104 | 09/2007 | California Changes |
| IL0270 | 09/2012 | California Changes - Cancellation and Nonrenewal |
| IL0952 | 01/2015 | Cap on Losses From Certified Acts of Terrorism |
| G56015B | 11/1991 | PROTECTIVE SAFEGUARDS ENDORSEMENT |
| G56015B | 11/1991 | ENDORSEMENT EFFECTIVE 07/23/2018 |

## *** PLEASE READ THE ENCLOSED IMPORTANT NOTICES CONCERNING YOUR POLICY ***

| FORM NUMBER | | FORM TITLE |
|---|---|---|
| CNA62823XX | 07/2017 | Req For Jurisdictional Inspection Of Pressure Equp |
| CNA81758XX | 03/2015 | Notice - Offer of Terrorism Disclosure of Premium |
| G145041A | 05/2003 | IMP INF Economic And Trade Sanctions Condition |



_____
Countersignature

Chairman of the Board

Secretary

G-55232  (Ed. 01/97)                    INSURED                    Page   5 of   5

**POLICY NUMBER**
C 6072406876

**INSURED NAME AND ADDRESS**
PACIFIC CONSTRUCTION GROUP
17895 SKY PARK CIRCLE #K

IRVINE, CA  92614

**POLICY CHANGES**
**PROTECTIVE SAFEGUARDS ENDORSEMENT**

**This Change Endorsement changes the Policy. Please read it carefully. This Change Endorsement is a part of your Policy and takes effect on the effective date of your Policy, unless another effective date is shown.**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.
PROTECTIVE SAFEGUARDS ENDORSEMENT
This endorsement modifies insurance provided under the following:
BUILDERS RISK COVERAGE FORM

PROTECTIVE SAFEGUARDS SCHEDULE
Jobsite or Building Description Protective Safeguards Symbols
Applicable
New Concrete Tilt up construction w/wood panel roof, single story,
Industrial Warehouse(s) occupancy with 2 story office, SF 476,000.
Located at: 666 E. Dyer Road, Santa Ana, CA 92705  PS-2

Describe any PS-9:

I. Section F. ADDITIONAL CONDITIONS is amended by the addition of the
following new condition:
Protective Safeguards
1. As a condition of this insurance, you are required to maintain the
protective systems, alarms, services or devices listed on the above
schedule at the described jobsites and buildings.
2. The protective safeguard designations available for use in the
above schedule are:
PS-1 "Automatic Sprinkler System";
PS-2 "Fencing";
PS-3 "Lighting";
PS-4 "Private Fire Department";
PS-5 "Reporting Burglary Alarm";
PS-6 "Reporting Fire Alarm";
PS-7 "Security Patrol"
PS-9 The protective system described on the above schedule.

II. Section B. EXCLUSIONS is amended by the addition of the
following:
Protective Safeguards
a. We will not pay for loss or damage caused by or resulting from:
(1) Fire (if PS-1, PS-4, PS-6, or PS-7 is indicated, or a fire
detection system, service or alarm is indicated under PS-9);
(2) Theft (if PS-2, PS-3, PS-5 or PS-7 is indicated, or a security
system, service or alarm is indicated under "P-9"),
if, prior to the fire or theft, a condition in b. below applied.
b. You:



Chairman of the Board



Secretary

G-56015-B (ED. 11/91)

**POLICY NUMBER**
C 6072406876

**INSURED NAME AND ADDRESS**
PACIFIC CONSTRUCTION GROUP
17895 SKY PARK CIRCLE #K

IRVINE, CA  92614

**POLICY CHANGES**
**PROTECTIVE SAFEGUARDS ENDORSEMENT**

**This Change Endorsement changes the Policy. Please read it carefully. This Change Endorsement is a part of your Policy and takes effect on the effective date of your Policy, unless another effective date is shown.**

(1) Knew of any suspension or impairment in the applicable protective safeguard listed on the above schedule and failed to notify us of that fact; or

Chairman of the Board

Secretary

G-56015-B (ED. 11/91)

**POLICY NUMBER**
C 6072406876

**INSURED NAME AND ADDRESS**
PACIFIC CONSTRUCTION GROUP
17895 SKY PARK CIRCLE #K

IRVINE, CA  92614

**POLICY CHANGES**
**PROTECTIVE SAFEGUARDS ENDORSEMENT**

**This Change Endorsement changes the Policy. Please read it carefully. This Change Endorsement is a part of your Policy and takes effect on the effective date of your Policy, unless another effective date is shown.**

(2) Failed to maintain in complete working order the applicable protective safeguard listed on the above schedule, and over which you had control.
If part of an "automatic sprinkler system" is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

III. For purposes of this endorsement only, the following definitions are added:
1. "Automatic sprinkler system" (PS-1) means any automatic fire extinguishing or protective system, including its components, tanks, supports, pumps, private fire protection mains, and all related monitoring and supervisory services. Automatic sprinkler system also includes any hydrants, standpipes, outlets, or non-automatic fire protective systems that are supplied from an automatic sprinkler system.
2. "Fencing" (PS-2) means the entirety of the described jobsite must be fenced.
3. "Lighting" (PS-3) means lighting of the described jobsite is activated outside of normal working hours.
4. "Private Fire Department" (PS-4) means the jobsite is protected under a service contract with a privately owned fire department.
5. "Reporting Burglary Alarm" (PS-5) means an automatic burglary alarm system that protects the entirety of the buildings specified at the jobsite, and is either connected to a central station, or reports to a police alarm station.
6. "Reporting Fire Alarm" (PS-6) means an automatic fire alarm system that protects the entirety of the buildings specified at the jobsite, and is either connected to a central station, or reports to a fire alarm station.
7. "Security Patrol" (PS-7) means security guards who make hourly rounds covering the entire jobsite.  Rounds must be tracked by recordings or watch clocks, or by similar measures that meet our approval.  The security patrol described herein must be in effect outside of normal working hours.

All other terms and conditions of the policy remain unchanged.

Chairman of the Board

Secretary

G-56015-B (ED. 11/91)

**POLICY NUMBER**
C 6072406876

**INSURED NAME AND ADDRESS**
PACIFIC CONSTRUCTION GROUP
17895 SKY PARK CIRCLE #K

IRVINE, CA  92614

**POLICY CHANGES**
**ENDORSEMENT EFFECTIVE 07/23/2018**

**This Change Endorsement changes the Policy. Please read it carefully. This Change Endorsement is a part of your Policy and takes effect on the effective date of your Policy, unless another effective date is shown.**

The Location address has been amended (corrected):

Location: 666 E DYER ROAD SANTA ANA CA  92705

AKA ADDRESS:

624 E DYER ROAD & 3100 S HALLADAY STREET SANTA ANA CA  92705



_Chairman of the Board_

_Secretary_

G-56015-B (ED. 11/91)

CNA

# BUILDERS RISK DECLARATIONS

## SPECIFIED LOCATION

**I.   PROJECT DESCRIPTION**

```
New, Concrete Tilt up construction w/wood panel roof, single story,
Industrial Warehouse(s) occupancy with 2 story office, SF  476,000.
```

```
at the following "jobsite":
Location       1    Building        1
666 E DYER RD
SEE ENDT
SANTA ANA,CA 92705

Building Description:
```

**II.   LIMITS OF INSURANCE**

The following Limits of Insurance apply only to the project specified above.   Amounts apply per occurrence, unless otherwise specified.

**A.**   Property And Time Element

Coverage attaches only to those items for which a dollar amount or "INCLUDED" is shown.

   **1.**   Property

|  |  |  |  |
|---|---|---|---|
| **a.** | "Hard Costs" | $ | 39,177,738 |
| **b.** | "Existing Buildings or Structures" | $ | |
| **c.** | Property In Transit | $ | 1,000,000 |
| **d.** | Temporary Storage | $ | 1,000,000 |

   **2.**   Time Element

   When "INCLUDED" is shown for Extra Expense, coverage is included within the "Business Income" limit.

|  |  |  |  |
|---|---|---|---|
| **a.** | "Business Income" | $ | 6,092,398 |
| **b.** | Extra Expense | $ | |
| **c.** | Contractual Penalties | $ | |
| **d.** | Soft Costs | $ | 3,700,000 |

   **e.**   Time Element Extensions:

|  |  |  |
|---|---|---|
| **(1)** | Denial of Access by Civil Authority: Ingress/Egress - Time Limit | 7days |
| **(2)** | Service Interruption | INCLUDED |

**B.**   Additional Coverages and Coverage Extensions

Coverage attaches only to those items for which a dollar amount or "INCLUDED" is shown.

   **1.**   Property Sub-Limits

   The following limits are part of, and not in addition to applicable Property limits.   When "INCLUDED" is shown, coverage is included within the applicable Property limits.

|  |  |  |  |
|---|---|---|---|
| **a.** | Emergency Removal | | INCLUDED |
| **b.** | Employee Theft | $ | 25,000 |



   Copyright CNA  All Rights Reserved.

    **c.**  Equipment Breakdown and Testing:

        **(1)**  Testing                       INCLUDED

        **(2)**  Operational Testing       $   10,000,000

        **(3)**  Equipment Breakdown      $   10,000,000

    **d.**  Trees, Shrubs, Lawns, Sod and Plants:

        **(1)**  Occurrence Limit        $     100,000

        **(2)**  Per Item Limit         $      25,000

**2.**  Property Additional Limits

Unless otherwise specified, the following limits are in addition to the applicable Property limits.   When "INCLUDED" is shown, coverage is included within the applicable Property limits.

    **a.**  Arson and Crime Reward Payments (per reward)      $      50,000

    **b.**  Debris Removal Including Recycling Additional Expense – Additional Amount   $   1,000,000

    **c.**  Electronic Data Processing:

        **(1)**  Direct Damage        $

        **(2)**  Data Restoration       $

    **d.**  Fire Department Service Charge And Extinguishing Expense   $      50,000

    **e.**  Furniture and Fixtures       $

    **f.**  Green Coverage

        **(1)**  Certification Protection - Hard Costs   $

        **(2)**  Electricity and Water Expense   $

    **g.**  Inflation Guard

        **(1)**  Damaged Portion of the Project - Percentage     %

        **(2)**  Unbuilt Portion of the Project:

            **(a)**  Occurrence Limit     $

            **(b)**  Percent of Increase     %

    **h.**  Jobsite Trailers       $      25,000

    **i.**  Loss Adjustment Expense       $      50,000

    **j.**  Machinery, Tools and Equipment:

        **(1)**  Itemized List On File with the company, dated:

            -   The Limit of Insurance for any one item will not exceed the amount in the itemized list.  The total limit of itemized equipment is shown.   $

        **(2)**  Other than Itemized

            **(a)**  Per Occurrence     $

            **(b)**  Per Item     $

    **k.**  Ordinance Or Law:

        **(1)**  Undamaged Portion of the Building or Structure     INCLUDED

        **(2)**  Demolition Cost and Increased Cost of Construction   $   1,000,000

    **l.**  Recharge of Fire Protection Equipment      $      50,000

    **m.**  Temporary Structures:

    Copyright CNA  All Rights Reserved.     

|  | | | |
|---|---|---|---|
| **(1)** Additional Covered Property | | $ | 25,000 |
| **(2)** Costs to Dismantle and Re-erect | | $ | 25,000 |
| **n.** Valuable Papers And Records | | $ | 250,000 |

**3.** Property and Time Element:

The following limits are part of, and not in addition to applicable Property and Time Element limits and represent the most we will pay for Property and Time Element combined.

|  | | |
|---|---|---|
| **a.** Decontamination Expense | $ | 10,000 |
| **b.** Fungi Limited Coverage – "Annual Aggregate" | $ | 25,000 |
| **c.** Pollutant Cleanup and Removal – "Annual Aggregate" | $ | 25,000 |
| **d.** Radioactive Contamination – "Annual Aggregate" | $ | 25,000 |
| **e.** Unintentional Errors and Omissions | $ | 25,000 |

## III. DEDUCTIBLES AND WAITING PERIOD

|  | | |
|---|---|---|
| **A.** Amount applicable to this "jobsite" unless more specifically described elsewhere: | $ | 10,000 |
| **B.** Equipment Breakdown (after "testing") | $ | 10,000 |
| **C.** Operational Testing | $ | 10,000 |
| **D.** Property In Transit | $ | 10,000 |
| **E.** "Water Damage" | $ | |
| **F.** Time Element Waiting Period | | 3 days |

## IV. "GREEN CERTIFICATION" - OTHER:

20202007860724066764275

## V. MINIMUM EARNED PREMIUM                    $

## VI. NEED FOR ADEQUATE INSURANCE

[X] Need For Adequate Insurance Condition does not apply

## VII. OCCUPANCY

[X] Occupancy condition does not apply (permission to occupy is granted)

## VIII. VALUATION EXCEPTIONS:

|  | |
|---|---|
| **A.** Electronic Data Processing Equipment | |
| **B.** "Existing Buildings or Structures" | |
| **C.** Furniture and Fixtures | Actual Cash Value |
| **D.** Jobsite Trailers | Actual Cash Value |
| **E.** Machinery, Tools and Equipment | |
| **F.** Temporary Structures | |

       Copyright CNA  All Rights Reserved.

# COMMERCIAL INLAND MARINE CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and applicable Additional Conditions in Commercial Inland Marine Coverage Forms:

## LOSS CONDITIONS

### A. Abandonment

There can be no abandonment of any property to us.

### B. Appraisal

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and
2. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### C. Duties In The Event Of Loss

You must see that the following are done in the event of loss or damage to Covered Property:

1. Notify the police if a law may have been broken.
2. Give us prompt notice of the loss or damage. Include a description of the property involved.
3. As soon as possible, give us a description of how, when and where the loss or damage occurred.
4. Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.
5. You will not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

6. As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

   Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

7. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

8. Send us a signed, sworn proof of loss containing the information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

9. Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit.

10. Cooperate with us in the investigation or settlement of the claim.

### D. Insurance Under Two Or More Coverages

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

### E. Loss Payment

1. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.
2. We will not pay you more than your financial interest in the Covered Property.
3. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claim against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.
4. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.
5. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss if you have complied with all the terms of this Coverage Part and:

 Copyright, ISO Properties, Inc., 2003

    **a.** We have reached agreement with you on the amount of the loss; or

    **b.** An appraisal award has been made.

**6.** We will not be liable for any part of a loss that has been paid or made good by others.

**F. Other Insurance**

**1.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**2.** If there is other insurance covering the same loss or damage, other than that described in **1.** above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**G. Pair, Sets Or Parts**

**1. Pair Or Set**

In case of loss or damage to any part of a pair or set we may:

    **a.** Repair or replace any part to restore the pair or set to its value before the loss or damage; or

    **b.** Pay the difference between the value of the pair or set before and after the loss or damage.

**2. Parts**

In case of loss or damage to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

**H. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**I. Reinstatement Of Limit After Loss**

The Limit of Insurance will not be reduced by the payment of any claim, except for total loss or damage of a scheduled item, in which event we will refund the unearned premium on that item.

**J. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything

necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**1.** Prior to a loss to your Covered Property.

**2.** After a loss to your Covered Property only if, at time of loss, that party is one of the following:

    **a.** Someone insured by this insurance; or

    **b.** A business firm:

       **(1)** Owned or controlled by you; or

       **(2)** That owns or controls you.

This will not restrict your insurance.

**GENERAL CONDITIONS**

**A. Concealment, Misrepresentation Or Fraud**

This Coverage Part is void in any case of fraud, intentional concealment or misrepresentation of a material fact, by you or any other insured, at any time, concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this Coverage Part.

**B. Control Of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all the terms of this Coverage Part; and

**2.** The action is brought within 2 years after you first have knowledge of the direct loss or damage.

**D. No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**E. Policy Period, Coverage Territory**

We cover loss or damage commencing:

**1.** During the policy period shown in the Declarations; and

**2.** Within the coverage territory.

**F. Valuation**

The value of property will be the least of the following amounts:

**1.** The actual cash value of that property;

Copyright, ISO Properties, Inc., 2003

**2.** The cost of reasonably restoring that property to its condition immediately before loss or damage; or

**3.** The cost of replacing that property with substantially identical property.

In the event of loss or damage, the value of property will be determined as of the time of loss or damage.

**CNA**

# BUILDERS RISK COVERAGE FORM

| INDEX | Page Number |
|---|---|
| **A. COVERAGE** | **3** |
|    **1.**   **Covered Property** | **3** |
|    **2.**   **Property Not Covered** | **3** |
|    **3.**   **Time Element** | **3** |
|        **a.**  Business Income | 3 |
|        **b.**  Contractual Penalties | 3 |
|        **c.**  Extra Expense | 3 |
|        **d.**  Soft Costs | 4 |
|    **4.**   **Covered Causes of Loss** | **4** |
|    **5.**   **Additional Coverages** | **4** |
|        **a.**  Arson and Crime Reward Payments | 4 |
|        **b.**  Debris Removal Including Recycling Additional Expense | 4 |
|        **c.**  Electronic Data Processing | 5 |
|        **d.**  Fire Department Service Charge and Extinguishing Expense | 5 |
|        **e.**  Furniture and Fixtures | 5 |
|        **f.**  Green Coverage | 5 |
|            **(1)** Certification Protection | 5 |
|                **(a)** Hard Costs | 5 |
|                **(b)** Time Element | 5 |
|            **(2)** Electricity and Water Extra Expense | 5 |
|        **g.**  Inflation Guard | 5 |
|            **(1)** Damaged Portion of the Project | 6 |
|            **(2)** Unbuilt Portion of the Project | 6 |
|        **h.**  Jobsite Trailers | 6 |
|        **i.**   Loss Adjustment Expense | 6 |
|        **j.**   Machinery, Tools and Equipment | 6 |
|        **k.**  Ordinance or law | 7 |
|        **l.**   Recharge of Fire Protection Equipment | 8 |
|        **m.** Temporary Structures | 8 |
|        **n.**  Valuable Papers and Records | 8 |
|    **6.**   **Coverage Extensions** | **9** |
|        **a.**  Decontamination Expense | 9 |
|        **b.**  Emergency Removal | 9 |
|        **c.**  Employee Theft | 9 |
|        **d.**  Equipment Breakdown and Testing | 9 |
|        **e.**  Expenses To Reduce Loss | 10 |
|        **f.**  Fungi Limited Coverage | 10 |
|        **g.**  Pollutant Clean Up and Removal | 11 |
|        **h.**  Property In Transit | 11 |
|        **i.**   Radioactive Contamination | 11 |
|        **j.**   Temporary Storage | 12 |
|        **k.**  Time Element | 12 |
|            **(1)** Denial of Access by Civil Authority-Ingress/Egress | 12 |
|            **(2)** Service Interruption | 12 |
|        **l.**   Trees, Shrubs, Lawns, Sod and Plants | 12 |
|        **m.** Unintentional Errors and Omissions | 12 |



**B.**  **EXCLUSIONS**                                                              **13**

**C.**  **LIMITS OF INSURANCE**                                              **16**

**D.**  **DEDUCTIBLE**                                                           **16**

**E.**  **COMMERCIAL INLAND MARINE CONDITIONS**              **16**

     **1.**  Loss Payment                                              **16**

     **2.**  Other Insurance                                           **16**

     **3.**  Reinstatement of Limit After Loss                     **16**

     **4.**  Transfer of Rights of Recovery Against Others To Us   **17**

     **5.**  Valuation                                                **17**

**F.**  **ADDITIONAL CONDITIONS**                                      **18**

     **1.**  Coverage Territory                                       **18**

     **2.**  Duty To Minimize A Project Delay                       **18**

     **3.**  Headings                                                 **18**

     **4.**  Minimum Earned Premium                                 **18**

     **5.**  Mortgageholders                                          **18**

     **6.**  Need For Adequate Insurance                            **19**

     **7.**  When Coverage Ceases                                   **19**

**G.**  **DEFINITIONS**                                                     **19**

# BUILDERS RISK COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and what is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown on the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **G – DEFINITIONS.**

## A. COVERAGE

Subject to the Limits of Insurance shown on the Declarations and all other policy provisions, we cover direct physical loss or damage to Covered Property from any Covered Cause of Loss.  Coverage only applies while Covered Property is at a "jobsite," unless otherwise specified.

**1. Covered Property,** as used in this coverage form, means "hard costs."  Such property may be your property or the property of others.

**2. Property Not Covered**

Covered Property does not include:

**a.** Contraband, or property in the course of illegal transportation or trade;

**b.** Land (including land on which the Covered Property is located) or water. But the exclusion of land does not apply to site preparation expense included in "hard costs";

**c.** "Existing buildings or structures."  However, Covered Property is extended to also include "existing buildings or structures when an "existing buildings or structures" limit is shown on the Declarations;

**d.** "Model homes";

**e.** Residential homes held in inventory;

**f.** Owner supplied material, equipment, machinery and supplies unless the values of such material, equipment and supplies are included in "hard costs"; and

**g.** Trees, shrubs, lawn, sod and plants, except as provided under Coverage Extensions.

**3. Time Element**

Coverage applies only when a corresponding Time Element limit is shown on the Declarations.  Coverage provided by the Transit and Temporary Storage Coverage Extensions does not apply to the Time Element coverages.

**a. Business Income**

**(1)** We cover the actual loss of "business income" you sustain during the "period of delay" as a result of a delay in the completion of a covered "project." The delay must have been caused by direct physical loss or damage to "time element property" at a "jobsite" from a Covered Cause of Loss.

**(2)** "Business income" coverage described above does not include any incentive bonus which would have been received if the "project" had been completed ahead of schedule.  Also, any financial penalties that you are entitled to receive from contractors, to the extent collected, will be deducted from the amount of loss.

**b. Contractual Penalties**

We cover "contractual penalties" you incur during the "period of delay" as a result of a delay in the completion of a covered "project."  The delay must have been caused by direct physical loss or damage to "time element property" at a "jobsite" from a Covered Cause of Loss.

**c. Extra Expense**

**(1)** We cover the reasonable additional expenses incurred to make temporary repairs to, and expedite the permanent repair or replacement of, "time element property" that is damaged by a Covered Cause of Loss at a "jobsite," such as overtime and the additional cost of express or other means of rapid

Copyright, CNA  All Rights Reserved.



CNA-71622-XX
(Ed. 07/13)

transportation. But, we will only pay such expenses that are necessary to return work on the "project" to the same schedule observed immediately prior to the loss.

Coverage for Extra Expense does not include permanent repair or replacement of "time element property" nor to expense recoverable elsewhere in this policy.

**(2)** The amount of Extra Expense will be determined based on the expenses that exceed the normal expenses that otherwise would have been incurred in completing the "project." We will deduct from the total of such expenses:

**(a)** The salvage value that remains of any property bought for temporary use; and

**(b)** Any Extra Expense that is paid for by other insurance.

**d. Soft Costs**

We cover "soft costs" you incur during the "period of delay" as a result of a delay in the completion of a covered "project." The delay must have been caused by direct physical loss to "time element property" at a "jobsite" from a Covered Cause of Loss.

**4. Covered Causes of Loss**

Covered Causes of Loss means all causes of direct physical loss or damage except those causes of loss listed in Section **B. EXCLUSIONS**.

**5. Additional Coverages**

Coverage applies only when a corresponding Additional Coverage limit or percentage is shown below or on the Declarations. The Deductible is applicable to all Additional Coverages unless otherwise specified.

**a. Arson and Crime Reward Payments**

In the event of arson, theft or vandalism to Covered Property, we will reimburse you for amounts you offer, and subsequently pay, as a reward to anyone, other than you or your officers, partners or directors, for information leading to:

**(1)** The arrest and conviction of any persons responsible for the arson, theft or vandalism loss; or

**(2)** The recovery of the stolen property.

No deductible applies to this Additional Coverage.

**b. Debris Removal Including Recycling Additional Expense**

**(1)** When direct physical loss or damage by a Covered Cause of Loss occurs to Covered Property, we cover:

**(a)** The reasonable and necessary costs and expenses incurred by you to remove the debris of Covered Property; and

**(b)** Your increased costs to:

**(i)** Reuse or salvage building materials and products; and

**(ii)** Extract recyclable construction waste and transport it to recycling facilities instead of landfills.

**(2)** This Additional Coverage does not include costs and expenses to:

**(a)** Extract "pollutants" from land or water; or

**(b)** Remove, restore, or replace polluted land or water.

**(3)** Such reasonable and necessary costs and expenses will be paid only if they are reported to us in writing within 180 days of the date of such direct physical loss or damage.

**(4)** The most we will pay for such reasonable and necessary costs and expenses for each occurrence is the sum of:

**(a)** 25% of the sum of the amount that we pay for direct physical loss or damage to the Covered Property plus the applicable deductible. But, the aforementioned amount is part of, and not in addition to, the limit applicable to the property covered that has sustained loss or damage; plus

Copyright, CNA All Rights Reserved.

**(b)** The limit shown for Debris Removal Including Recycling Additional Expense - Additional Amount on the Declarations.

**c.  Electronic Data Processing**

**(1)  Direct Damage**

Covered Property is extended to also include your electronic data processing equipment that will not become a permanent part of the "project" while such property is at a "jobsite," or in transit to or from the "jobsite."

**(2)  Data Restoration**

We cover the cost to replace or restore "electronic data" lost due to direct physical loss or damage by a Covered Cause of Loss to your electronic data processing equipment.

**d.  Fire Department Service Charge and Extinguishing Expense**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to the Fire Department Service Charge and Extinguishing Expense limit shown on the Declarations for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

**e.  Furniture and Fixtures**

Covered Property is extended to also include furniture and fixtures that have been made or will become a part of a covered "project," but that will not be permanently installed.

**f.  Green Coverage**

**(1)  Certification Protection**

**(a)  Hard Costs**

We cover the increase in "hard costs" resulting from "additional green requirements." Such costs must have been caused or made necessary by direct physical loss or damage to "hard costs" from a Covered Cause of Loss.

**(b)  Time Element**

When coverage described for Green Coverage Certification Protection-Hard Costs is indicated on the Declarations, Covered Causes of Loss for applicable Time Element coverage (section **A.3.**) is extended to include the increased time required to implement the increase in "hard costs" from "additional green requirements" described above. Such coverage is part of, and not in addition to, the applicable Time Element Limits.

**(2)  Electricity and Water Extra Expense**

**(a)** When direct physical loss or damage by a Covered Cause of Loss occurs to your "renewable energy generating equipment" or "water conservation system," we cover your reasonable and necessary costs to buy replacement electricity or water from a public utility.

**(b)** We will only pay for replacement electricity or water if your "renewable energy generating equipment" or "water conservation system" would have produced electricity or water for your "project" had there been no direct physical loss or damage to the equipment or system.

**(c)** Coverage begins at the time of loss or damage and ends the earlier of:

**(i)** The date your "renewable energy generating equipment" or "water conservation system" is repaired or replaced in accordance with the manufacturers' specifications; or

**(ii)** The policy expiration date.

Coverage provided under the Green Coverage Additional Coverage does not replace nor supplement coverage described under the Ordinance or Law Additional Coverage.

   Copyright, CNA  All Rights Reserved.



g. **Inflation Guard**

   **(1) Damaged Portion of the Project**

      **(a)** The "hard costs" and, if applicable, "existing buildings or structures" limits shown on the Declarations will automatically increase by the Damaged Portion of the Project Percentage shown on the Declarations.

      **(b)** The amount of increase will be:

         **(i)** The "hard costs" and, if applicable, "existing buildings or structures" limits; times

         **(ii)** The Percentage shown on the Declarations, expressed as a decimal (example: 8% is .08); times

         **(iii)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the limit, divided by 365.

   **(2) Unbuilt Portion of the Project**

      **(a)** We cover the increase in "hard costs" which you incur as a result of a delay in the completion of a covered "project." The delay must have been caused by direct physical loss to "hard costs" from a Covered Cause of Loss. Such increased "hard costs" must be directly related to increased market cost for labor, material, supplies and equipment.

      **(b)** The most we will pay under the Unbuilt Portion of the Project section of this Additional Coverage is the least of the following:

         **(i)** The actual "hard costs" increase incurred; or

         **(ii)** The Unbuilt Portion of the Project occurrence limit shown on the Declarations; or

         **(iii)** The Unbuilt Portion of the Project percent of increase, which is determined as follows:

            **(aa)** The projected cost of completion for the uncompleted portion of the "project" at the time of covered loss or damage; times

            **(bb)** The Unbuilt Portion of the Project Percent of Increase shown on the Declarations, expressed as a decimal (example: 8% is .08); times

            **(cc)** The number of days of delay determined under the definition of "period of delay" divided by 365.

   The Unbuilt Portion of the Project does not apply to the increased cost to repair or replace the damaged property, nor to costs or expenses recoverable elsewhere in this policy.

h. **Jobsite Trailers**

   Covered Property is extended to also include trailers used as an office, including the contents within.

   However, there is no coverage under this Additional Coverage for the following:

   **(1)** Electronic Data Processing Equipment;

   **(2)** Machinery, Tools and Equipment;

   **(3)** Valuable Papers and Records.

i. **Loss Adjustment Expense**

   In the event of covered loss or damage under this coverage form, we cover the reasonable expenses incurred by you, at our request, to assist us in the determination of the amount of loss, such as taking inventory and appraisals.

   We will not pay for public adjustors' fees. No deductible applies to this Additional Coverage.

j. **Machinery, Tools and Equipment**

   Covered Property is extended to also include machinery, tools and equipment, other than the following:

   **(1)** Machinery, tools and equipment included as "hard costs";

   **(2)** Electronic data processing equipment that will not become a permanent part of project;

 Copyright, CNA  All Rights Reserved.

CNA-71622-XX
(Ed. 07/13)

(3) Automobiles or other vehicles licensed for highway use; aircraft, watercraft and railroad rolling stock; and

(4) Machinery, tools, and equipment that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance,

while such property is at a "jobsite," or in transit to or from the "jobsite."

**k.  Ordinance or Law**

When a Covered Cause of Loss occurs to Covered Property that is a permanent part of the "project's" buildings or structures, and the Declarations indicate that Ordinance or Law coverage applies, we will provide the following ordinance or law coverages:

**(1) Coverage for Loss to the Undamaged Portion of the Building or Structure**

**(a)** We cover the loss in value of the undamaged portion of the building that is Covered Property caused by enforcement of any ordinance or law that:

**(i)** Requires the demolition of parts of the same property not damaged by a Covered Cause of Loss;

**(ii)** Regulates the construction or repair of buildings, or establishes zoning or land use requirements at the "jobsite"; and

**(iii)** Is in force at the time of loss.

**(b)** If the Covered Property is repaired or replaced, on the same or another site, we will not pay more for loss to the Covered Property, including loss in value of the undamaged portion of the Covered Property to which this coverage applies, than the lesser of:

**(i)** The amount you actually spend to repair, rebuild or reconstruct the Covered Property, but not for more than the amount it would cost to restore the Covered Property on the same site and to the same height, floor area, style and comparable quality of the original property insured; or

**(ii)** The Limit of Insurance applicable to the Covered Property.

**(c)** If the building or structure is not repaired or replaced, we will not pay more for loss to the Covered Property, including loss in value of the undamaged portion of the Covered Property to which this coverage applies, than the lesser of:

**(i)** The actual cash value of the building or structure at the time of loss; or

**(ii)** The Limit of Insurance applicable to the Covered Property.

**(2) Demolition Cost Coverage and Increased Cost of Construction Coverage**

**(a)** We cover:

**(i)** Demolition Cost, meaning the cost to demolish and clear the site of undamaged parts of the Covered Property caused by enforcement of building, zoning or land use ordinance or law; and

**(ii)** Increased Cost of Construction, meaning the increased cost to repair, rebuild or construct the Covered Property caused by enforcement of building, zoning or land use ordinance or law. If the property is repaired or rebuilt, it must be intended for similar occupancy as the current property, unless otherwise required by zoning or land use ordinance or law.

However, we will not pay for the increased cost of construction if the Covered Property is not repaired or replaced.

**(b)** Coverage is subject to the following loss payment provisions:

**(i)** For Demolition Cost, we will not pay more than the amount you actually spend to demolish and clear the site where the Covered Property is located.

**(ii)** We will not pay for increased Cost of Construction:

**(aa)** Until the property is actually repaired or replaced, at the same or another site; and

**(bb)** Unless the repairs or replacement are made as soon as reasonably possible but not more than two years after the loss. We may extend this period in writing during the two years.

   Copyright, CNA  All Rights Reserved.



    **(iii)** If the Covered Property is repaired or replaced at the same site, or if you elect to rebuild at another site, the most we will pay for Increased Cost of Construction is the increased cost of construction at the same site.

    **(iv)** If the ordinance or law requires relocation to another site, the most we will pay for Increased Cost of Construction is the increased cost of construction at the new site.

**(3) Time Element**

When coverage described under the Additional Coverage for Ordinance or Law is indicated on the Declarations, Covered Causes of Loss for applicable Time Element coverage (section **A.3.**) is extended to include the increased time required to implement any Ordinance or Law coverage described in **(1)** and **(2)** above. Such coverage is part of, and not in addition to, the applicable Time Element Limits.

The Ordinance or Law coverages provided under this Additional Coverage do not apply to the costs associated with the enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungi," wet or dry rot, "microbes" or bacteria; or any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants," "fungi," wet or dry rot, "microbes" or bacteria.

**l.   Recharge of Fire Protection Equipment**

**(1)** We cover expenses you incur to recharge automatic fire protection equipment due to the leakage or discharge of the fire suppressant within the automatic fire protection equipment. The insurance provided under this Additional Coverage applies regardless of how the discharge or leakage is caused. But if the leakage or discharge is caused by or results from a Covered Cause of Loss, no deductible applies.

**(2)** The most we will pay under this Additional Coverage is:

    **(a)** Included within the applicable Property limit shown on the Declarations when the leakage or discharge is caused by or results from a Covered Cause of Loss; or

    **(b)** The Recharge of Fire Protection Equipment limit shown on the Declarations when the leakage or discharge is caused by or results from a cause of loss other than a Covered Cause of Loss.

**m.  Temporary Structures**

**(1) Additional Covered Property**

Covered Property is extended to also include "temporary structures."

**(2) Costs to Dismantle and Re-erect**

We cover the reasonable and necessary costs you incur to dismantle and re-erect undamaged "temporary structures" at a "jobsite" where "hard costs" have sustained direct physical loss or damage from a Covered Cause of Loss.

**n.   Valuable Papers and Records**

**(1) Coverage**

We cover your costs to replace or restore lost or damaged information on "valuable papers and records" for which duplicates do not exist. Such loss or damage must have been caused by or resulted from a Covered Cause of Loss.

We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. But this Additional Coverage does not apply to "valuable papers and records" which exist as "electronic data."

**(2) Coverage Limitation**

Coverage described under this Additional Coverage only applies when the direct physical loss or damage occurs at, or in transit to or from, a "jobsite."

   Copyright, CNA  All Rights Reserved.

6. **Coverage Extensions**

Coverage applies only when a corresponding Coverage Extension limit is shown below or on the Declarations. The Deductible is applicable to all Coverage Extensions unless otherwise specified.

a. **Decontamination Expense**

(1) If at the time Covered Property is contaminated as a direct result of physical damage from a Covered Cause of Loss, there is in force any law or ordinance regulating contamination, including but not limited to pollution, then this policy covers, as a result of enforcement of such law or ordinance, the increased cost of decontamination of the Covered Property and debris removal of such property in a manner to satisfy the minimum such law or ordinance.

(2) There is no liability for expense or time required for removing contaminated property not insured under this policy nor the contaminant therein or thereon, whether or not the contamination results from an insured event.

(3) If this policy includes Time Element coverage, the "period of delay" for the applicable Time Element coverage is extended to include the reasonable and necessary time to account for the coverage described in a.(1) above. Such Time Element coverage is included within the Decontamination Expense limit shown on the Declarations.

b. **Emergency Removal**

If it is necessary to move Covered Property from the "jobsite" to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

(1) While it is being moved, or while temporarily stored at another location; and

(2) Only if the loss or damage occurs within 30 days after the property is first moved.

c. **Employee Theft**

(1) **Covered Cause of Loss**

Covered Causes of Loss is extended to include theft by your "employees," all whether identified or not, acting alone or in collusion with other persons.

Amounts payable under an Additional Coverage, another Coverage Extension or other endorsement to this coverage form do not increase the Employee Theft property limit. In addition, the Employee Theft limit does not increase the amounts payable under any other Additional Coverage, Coverage Extension or endorsement.

(2) **Time Element**

When a property limit for Employee Theft is indicated on the Declarations, the Employee Theft Covered Cause of Loss described above also extends to the applicable Time Element Coverage (section **A.3.**). Such coverage is part of, and not in addition to, the applicable Time Element Limits.

d. **Equipment Breakdown and Testing**

(1) **Testing**

"Testing" will not limit loss, damage or expense that would otherwise be covered under this coverage form.

(2) **Operational Testing**

(a) Covered Causes of Loss is extended to include "equipment breakdown" of "covered equipment" during "testing" while such equipment is at your "jobsite."

(b) If an initial "equipment breakdown" causes other "equipment breakdowns," all will be considered one "equipment breakdown." All "equipment breakdowns" that manifest themselves at the same time and are the result of the same cause will also be considered one "equipment breakdown," regardless of the number of "jobsites" involved.

**(3) Equipment Breakdown**

    **(a)** Covered Causes of Loss is extended to include "equipment breakdown" of "covered equipment" after "testing" while such equipment is at your "jobsite."

    **(b)** If an initial "equipment breakdown" causes other "equipment breakdowns," all will be considered one "equipment breakdown." All "equipment breakdowns" that manifest themselves at the same time and are the result of the same cause will also be considered one "equipment breakdown," regardless of the number of "jobsites" involved.

    **(c)** If any "covered equipment" is found to be in, or exposed to a dangerous condition, we may immediately suspend the insurance provided under this Coverage Extension for that equipment. We will notify you of a suspension by delivering or mailing such notice to:

        **(i)** Your last known address; or

        **(ii)** The address where the equipment is located.

    You will receive a pro rata refund of premium for the suspended insurance. But the suspension will be effective even if we have not yet made or offered a refund. Once suspended, such insurance can only be reinstated by a written endorsement issued by us.

    **(d)** We will not pay for loss under this Coverage Extension unless the applicable protective material or instrumentation is installed and activated.

    In no event will coverage be provided if supervisory or safety systems have been deliberately circumvented.

Amounts payable under an Additional Coverage, another Coverage Extension or other endorsement to this coverage form do not increase the property limits applicable to this Coverage Extension. In addition, the property limits applicable to this Coverage Extension do not increase the amounts payable under any other Additional Coverage, Coverage Extension or endorsement.

**(4) Time Element**

    When a property limit for the applicable Equipment Breakdown and Testing coverage is indicated on the Declarations, the corresponding Covered Cause of Loss also extends to the applicable Time Element Coverage (section **A.3.**). Such coverage is part of, and not in addition to, the applicable Time Element Limits.

**e.  Expenses To Reduce Loss**

    We will pay all expense you incur that actually reduces a covered loss. No limit applies to this Coverage Extension, but, we will not pay more than the amount by which the loss or damage is reduced.

**f.  Fungi Limited Coverage**

    **(1)** We cover loss or damage by "fungi," wet or dry rot or "microbes," when the "fungi," wet or dry rot or "microbes" is the result of a Covered Causes of Loss that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence. As used in this Coverage Extension, the term loss or damage means:

        **(a)** Direct physical loss or damage to Covered Property caused by "fungi," wet or dry rot or "microbes," including the cost of removal of the "fungi," wet or dry rot or "microbes";

        **(b)** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungi," wet or dry rot or "microbes"; and

        **(c)** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungi," wet or dry rot or "microbes," are present.

    **(2)** With respect to a particular occurrence of loss which results in "fungi," wet or dry rot or "microbes," the Fungi Limited Coverage– "Annual Aggregate" is not reinstated in a subsequent policy period when the "fungi," wet or dry rot or "microbes" continues to be present or active, or recurs.

    **(3)** The coverage provided under this Coverage Extension does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungi," wet or

Copyright, CNA  All Rights Reserved.

dry rot or "microbes," and other loss or damage, we will not pay more for the total of all loss or damage than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungi," wet or dry rot or "microbes," loss payment will not be limited by the terms of this Coverage Extension, except to the extent that "fungi," wet or dry rot or "microbes," causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Coverage Extension.

Payment under this Coverage Extension cannot be combined with any other payment under this coverage form for loss or damage by "fungi," wet or dry rot or "microbes."

**(4)** If this policy includes Time Element coverage, the "period of delay" for the applicable Time Element coverage is extended to include the reasonable and necessary time to account for the coverage described in f.(1) above.  Such Time Element coverage is included within the Fungi Limited Coverage limit shown on the Declarations.

**g.  Pollutant Clean Up and Removal**

**(1)** We cover your expense to extract "pollutants" from land or water at "jobsites" if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss to Covered Property that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

**(2)** This Coverage Extension does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants." But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

**(3)** If this policy includes Time Element coverage, the "period of delay" for the applicable Time Element coverage is extended to include the reasonable and necessary time to account for the coverage described in g.(1) above.  Such Time Element coverage is included within the Pollutant Clean Up and Removal limit shown on the Declarations.

**h.  Property in Transit**

**(1)** Coverage is extended to include:

**(a)** "Hard costs," and

**(b)** Property covered under the following Additional Coverages:

**(i)** Furniture and Fixtures;

**(ii)** Jobsite Trailers; and

**(iii)** Temporary Structures,

that have been specifically assigned to a "jobsite" while in transit.

Amounts payable under an Additional Coverage, another Coverage Extension or other endorsement to this coverage form do not increase the Property In Transit limit.  In addition, the Property In Transit limit does not increase the amounts payable under any other Additional Coverage, Coverage Extension or endorsement.

**(2)** This coverage does not apply to:

**(a)** Import shipments until fully discharged from import conveyance or until marine insurance has ceased to cover, whichever last occurs; and

**(b)** Shipments while waterborne except while on ferries or barges on inland waterways within territorial limits of the coverage form.

**i.  Radioactive Contamination**

**(1)** Coverage is extended to loss or damage caused by sudden and accidental radioactive contamination, including resultant radiation damage, to Covered Property, provided that such radioactive contamination arises out of material originating at the "jobsite," and provided, at the time of such loss, there is neither a

Copyright, CNA  All Rights Reserved.

nuclear reactor capable of sustaining nuclear fission in a self supporting chain reaction, nor any new or used nuclear fuel which is intended for or which has been used in such a nuclear reactor, at the "jobsite."

**(2)** If this policy includes Time Element coverage, the "period of delay" for the applicable Time Element coverage is extended to include the reasonable and necessary time to account for the coverage described in i.(1) above. Such Time Element coverage is included within the Radioactive Contamination limit shown on the Declarations.

**j.   Temporary Storage**

Coverage is extended to include:

**(1)** "Hard costs," and

**(2)** Property covered under the Temporary Structures Additional Coverage,

in storage away from, and specifically assigned to a "jobsite."

Amounts payable under an Additional Coverage, another Coverage Extension or other endorsement to this coverage form do not increase the Temporary Storage limit.  In addition, the Temporary Storage limit does not increase the amounts payable under any other Additional Coverage, Coverage Extension or endorsement.

**k.   Time Element Coverage Extensions**

Coverage provided under this Coverage Extension is included within the applicable Time Element limits.  This is not additional insurance.

**(1)   Denial of Access by Civil Authority:  Ingress/Egress**

When a Time Limit for Denial of Access by Civil Authority:Ingress/Egress is shown on the Declarations, Covered Causes of Loss for applicable Time Element coverage (section **A.3.**) is extended to include a civil authority action which prohibits access to a "jobsite." The civil authority action must be the result of:

**(a)** Direct physical loss to property other than at the "jobsite" caused by or resulting from another Covered Cause of Loss;

**(b)** The threat of another Covered Cause of Loss occurring which could cause bodily injury to persons at or in the vicinity of the "jobsite"; or

**(c)** Hazardous road conditions caused by or resulting from another Covered Cause of Loss, but only if:

**(i)** All roads leading to the "jobsite" are closed by the civil authority; and

**(ii)** Your normal operations at the "jobsite" could have been conducted had the access roads not been closed.

**(2)   Service Interruption**

When "Included" is shown for Service Interruption on the Declarations, Covered Causes of Loss for applicable Time Element coverage (section **A.3.**) is extended to include the interruption of steam, gas, water, electricity, sewerage or communications service to a "jobsite."

The interruption must result from direct physical loss by another Covered Cause of Loss to any steam, gas, water, electricity, sewerage or communications supply property located away from the "jobsite." But, this cause of loss does not apply to service interruption caused by loss or damage to any transmission or distribution lines.

**l.   Trees, Shrubs, Lawns, Sod and Plants**

"Hard Costs" is extended to also include trees, shrubs, lawns, sod, and plants, but covered causes of loss with respect to such property means the "specified causes of loss" only.

**m.   Unintentional Errors and Omissions**

**(1)** This insurance shall not be prejudiced by any unintentional or inadvertent error, omission, incorrect valuation or incorrect description of the interest, or risk, provided notice is given to us as soon as practicable upon your discovery of any such error, omission, incorrect valuation or incorrect description.

**(2)** Amounts payable under an Additional Coverage, another Coverage Extension or other endorsement to this coverage form do not increase the Unintentional Errors and Omissions limit.  In addition, the

Copyright, CNA  All Rights Reserved.

Unintentional Errors and Omissions Limit does not increase the amounts payable under any other Additional Coverage, Coverage Extension or endorsement.

## B. EXCLUSIONS

1.  We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

    **a. Earth Movement**

    "Earth Movement," except fire or explosion loss or damage resulting from "earth movement" will not be considered loss or damage by "earth movement."

    **b. Flood**

    "Flood," except fire or explosion loss or damage resulting from "flood" will not be considered loss or damage by "flood."

    **c. Fungi, Wet Rot, Dry Rot and Microbes**

    (1) The presence, growth, proliferation, spread or any activity of "fungi," wet rot, dry rot or "microbes"; or

    (2) Any government or regulatory directive or request that you, or anyone acting under your direction or control, test for, monitor, clean up, remove, contain, treat, detoxify or neutralize any "fungi," wet rot, dry rot or "microbes."

    This exclusion does not apply to the extent coverage is provided under the Coverage Extension for Fungi Limited Coverage.

    **d. Governmental Action**

    Seizure or destruction of property by order of governmental authority.

    But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this coverage form.

    **e. Nuclear Hazard**

    Nuclear reaction or radiation, or radioactive contamination, however caused, except as provided under the Radioactive Contamination Coverage Extension.

    But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for the loss or damage caused by that fire.

    **f. Ordinance or Law**

    The enforcement of any ordinance or law regulating the construction, use, decontamination or repair of any property; or requiring the tearing down of any property, including the cost of removing its debris.

    This exclusion, Ordinance or Law, applies whether the loss results from:

    (1) An ordinance or law that is enforced even if the property has not been damaged; or

    (2) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

    This exclusion does not apply to the extent coverage is provided under the Ordinance or Law Additional Coverage or Decontamination Expense Coverage Extension.

    **g. Utility Services**

    The failure of power or other utility service supplied to the "jobsite," however caused, except as provided under the Time Element Coverage Extension for Service Interruption, or under the Equipment Breakdown and Testing Coverage Extension. Failure includes lack of sufficient capacity and reduction in supply.

    But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Copyright, CNA All Rights Reserved.

**h. War and Military Action**

   **(1)** War, including undeclared or civil war;

   **(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   **(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a. Artificially Generated Electrical Current**

Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires, except as provided under the Equipment Breakdown and Testing Coverage Extension.

But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by that fire.

**b. Computer Virus or System Penetration**

Computer virus or "system penetration." This exclusion only applies to the Electronic Data Processing Additional Coverage.

**c. Consequential Loss**

Delay, loss of use, loss of market, loss of market value or consequential loss or damage of any nature, except as provided for elsewhere within this coverage form.

**d. Dishonest or Criminal Acts**

Dishonest or criminal acts by you, any of your partners, members, officers, managers, directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose (other than a carrier or other bailee for hire):

   **(1)** Acting alone or in collusion with others; or

   **(2)** Whether or not occurring during the hours of operation.

This exclusion applies to theft by "employees," but does not apply to acts of destruction by your "employees." However, if the "employees" committing the act of destruction is also you, any of your partners or an officer, the exclusion applies.

**e. Pollutants**

Discharge, dispersal, seepage, migration, release or escape of "pollutants":

   **(1)** Unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "Specified Causes of Loss" or Equipment Breakdown and Testing not otherwise excluded;

   **(2)** Except as provided under the Decontamination Expense or Pollutant Clean Up And Removal Coverage Extensions.

But if loss or damage caused by the "Specified Causes of Loss" or Equipment Breakdown and Testing not otherwise excluded results from the discharge, dispersal, seepage, migration, release or escape of "pollutants," we will pay for the resulting loss or damage caused by the "Specified Causes of Loss" or Equipment Breakdown and Testing.

This exclusion does not apply to damage to glass caused by chemicals applied to the glass.

**f. Rain, Snow, Ice, Sleet, Sand or Dust**

Rain, snow, ice or sleet, sand or dust (all whether driven by wind or not) to the interior of any building or structure, or the property inside the building or structure, unless you take all reasonable steps to protect such property.

**3.** We will not pay for loss or damage caused by or resulting from any of the following. But, if loss or damage by a Covered Cause of Loss results, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a. Acts or Decisions**

Copyright, CNA  All Rights Reserved.

Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**b. Environmental Damage**

**(1)** Dampness or dryness of atmosphere; changes in or extremes of temperature, whether or not property is inside or outside of buildings, structures or vehicles.

**(2) (a)** Nesting or infestation; or

**(b)** Discharge or release of waste products or secretions

by insects, birds, rodents or other animals.

**c. Faulty Design or Workmanship**

Faulty, inadequate or defective:

**(1)** Design, specifications, workmanship, processing, manufacture, "testing," repair, installation, construction, renovation, remodeling, grading, compaction;

**(2)** Materials used in processing, manufacture, "testing," repair, construction, renovation or remodeling;

**(3)** Planning, zoning, development, surveying, siting; or

**(4)** Maintenance

of part or all of any property on or off the "jobsite."

**d. Gradual Damage**

**(1)** Wear and tear, rust, corrosion, depreciation, gradual deterioration, hidden or latent defect, or any quality in the property that causes it to damage or destroy itself unless such loss or damage is caused directly by physical damage not otherwise excluded; or

**(2)** Normal settling, cracking, shrinking, bulging or expansion.

**e. Mechanical Breakdown and Explosion**

Except as provided under the Equipment Breakdown and Testing Coverage Extension:

**(1)** Mechanical breakdown, including rupture or bursting caused by centrifugal force;

**(2)** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control.  But, we will pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**4. Warranty Exclusion**

We will not pay for loss or damage which is covered under any guarantee or warranty, express or implied, by any manufacturer or supplier.

**5. Time Element Specific Exclusions**

In addition to the exclusions in Section **B.1.** through **B.4.** the following exclusions apply to Time Element coverage:

We will not pay for any increase of loss caused by or resulting from:

**(1)** Interference by strikers or other persons with the:

**(a)** Transportation of property to be used in a "project";

**(b)** Completion of a "project";

**(c)** Rebuilding, repair or replacement of a "project"; or

**(d)** Occupancy or use of a "project."

**(2)** The suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the delay in the completion of a covered "project," we will cover your

Copyright, CNA  All Rights Reserved.

loss of "business income" due to that suspension, lapse or cancellation during the period of time that the Business Income coverage applies.

   **(3)** Any additional time required to rebuild, repair or replace a "project" because of improvements which are necessary to correct deficiencies in the original design or construction.

## C. LIMITS OF INSURANCE

The most we will pay for loss, damage or expense in any one occurrence is the applicable Limit of Insurance shown on the Declarations, endorsement schedule or under Additional Coverages or Coverage Extensions.

## D. DEDUCTIBLE

We will not pay for direct physical loss or damage in any one occurrence until the amount of the adjusted loss before applying the applicable Limits of Insurance exceeds the Deductible shown on the Declarations. We will then pay the amount of the adjusted loss in excess of the Deductible up to the applicable Limit of Insurance.

In the event that two or more Deductible amounts would apply to direct physical loss or damage in any one occurrence, the Deductible amount will not exceed the largest single Deductible.

## E. COMMERCIAL INLAND MARINE CONDITIONS

The following changes apply to the Commercial Inland Marine Conditions.

**1. Loss Payment**

   The Loss Payment Loss Condition is replaced by the following:

   **a.** In the event of loss covered by this coverage form, at our option, we will either:

      **(1)** Pay the value of lost or damaged property;

      **(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

      **(3)** Take all or any part of the property at an agreed or appraised value; or

      **(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

   **b.** Except as provided in the Additional Coverage Ordinance or Law, the cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

   **c.** We will give the First Named Insured notice of our intentions within 30 days after we receive the sworn statement of loss.

   **d.** We will not pay you more than your financial interest in the Covered Property. If the owners of the property are other than you, we will not pay the owners more than their financial interest in the Covered Property.

   **e.** We will pay for covered loss within 30 days after we receive the sworn statement of loss, to the First Named Insured if you have complied with all of the terms of this coverage form and:

      **(1)** We have reached agreement with you on the amount of loss; or

      **(2)** An appraisal award has been made.

   **f.** We will adjust the loss with representatives of the First Named insured as fiduciary on behalf of all Named Insureds.

**2. Other Insurance**

   The following is added to the Other Insurance Condition:

      You may, with our written consent, specify other insurance that is excess over this insurance.

**3. Reinstatement of Limit After Loss**

   The Loss Condition, Reinstatement of Limit After Loss, is replaced by the following:

   The Limit of Insurance will not be reduced by the payment of any claim unless an "annual aggregate" limit applies.

**4. Transfer Of Rights Of Recovery Against Others To Us**

   The following is added to the Transfer of Rights of Recovery Against Others to Us Loss Condition:

 Copyright, CNA  All Rights Reserved.

You may waive your rights to recover damages from another party, in writing:

**a.** Prior to a loss, or

**b.** After a loss if, at the time of loss, the other party is:

    **(1)** Someone insured by this insurance; or

    **(2)** A business firm:

        **(a)** Owned or controlled by you; or

        **(b)** That owns or controls you.

    This will not restrict your insurance.

**5. Valuation**

The Valuation General Condition is replaced by the following:

**a. Valuation Assignment**

    **(1)** The value of "hard costs" and property insured under the Furniture & Fixtures Additional Coverage will be Replacement Cost.

    **(2)** The value of all other property covered under this coverage form will be Actual Cash Value, unless otherwise specified.

    **(3)** The value of "hard costs" includes the cost of labor, reasonable contractor's overhead incurred and "earned profit" if such costs are included in the Property Limit of Insurance.  Overhead and "earned profit" will not exceed the amount provided for in the construction contract in force at the time of loss

**b. Actual Cash Value**

The value of property indicated on an Actual Cash Value basis will be the least of the following:

    **(1)** The actual cash value (replacement cost less depreciation) of that property;

    **(2)** The cost of reasonably restoring that property to its condition immediately before loss or damage; or

    **(3)** The cost of replacing that property with substantially identical property.

**c. Replacement Cost**

    **(1)** The value of property indicated on a Replacement Cost basis will be the least of the following:

        **(a)** The cost of repairing the lost or damaged property with property of like kind and quality;

        **(b) (i)** The cost of replacing the lost or damaged property with property of like kind and quality; or

            **(ii)** If replacement with property of like kind and quality is not possible, the cost of replacing the lost or damaged property with property of the nearest better kind and quality available;

        **(c)** The amount you actually spend that is necessary to repair or replace the lost or damaged property.

    **(2)** We will not pay on a replacement cost basis for any loss or damage:

        **(a)** Until the lost or damaged property is actually repaired or replaced; and

        **(b)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

    **(3)** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

**d. Functional Replacement Cost**

The value of property indicated on a Functional Replacement Cost basis will be the least of the following:

    **(1)** The cost to repair or replace the damaged property with less costly but functionally equivalent materials, if available, in an architectural style that existed before the loss or damage occurred; or

    **(2)** The amount you actually spend that is necessary to repair or replace the lost or damaged property.

20202007860724068784286

 Copyright, CNA  All Rights Reserved.

Except as provided in the Ordinance or Law Additional Coverage, the cost of building or structure repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

In the event of loss or damage, the value of property will be determined as of the time of loss or damage. In no event will we pay more than the applicable Limit of Insurance shown on the Declarations.

## F.  ADDITIONAL CONDITIONS

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

### 1. Coverage Territory

The Coverage Territory includes:

**a.** The United States of America, its territories or possessions;

**b.** Puerto Rico; and

**c.** Canada.

However, the Coverage Territory does not include any waterborne shipment to or from Alaska, Puerto Rico, Hawaii or territories or possessions of the United States of America.

### 2. Duty To Minimize a Project Delay

With respect to Time Element coverage, you must make every reasonable effort to avoid or minimize a delay in the completion of the "project." If you fail to do so, we will reduce the amount we would otherwise pay under this coverage form by the amount which could have been saved.

### 3. Headings

The descriptions in the headings of this coverage form are solely for convenience, and form no part of the terms and conditions of coverage.

### 4. Minimum Earned Premium

If a Minimum Earned Premium is indicated on the Declarations this is the minimum premium we will earn and retain regardless of policy term except when a policy is cancelled as of the policy effective date.

### 5. Mortgageholders

**a.** The term "mortgageholder" includes trustee.

**b.** We will pay for covered loss to buildings or structures to each mortgageholder in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive the loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

(1) Pays any premium due under this coverage form at our request if you have failed to do so;

(2) Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this coverage form will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

(1) The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgageholder's rights to recover the full amount of the mortgageholder's claim will not be impaired.

Copyright, CNA  All Rights Reserved.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

  **(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

  **(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**6.  Need For Adequate Insurance**

The following property must be insured for its total value or you will incur a penalty.

**a.** For "hard costs":

The penalty is that we will pay only the proportion of any loss that the "hard costs" limit shown on the Declarations bears to the expected completed value of the project at the time of loss.

**b.** For "temporary structures":

The penalty is that we will not pay a greater share of any loss than the proportion that the "temporary structures" limit shown on the Declarations bears to the total replacement cost value of this property at the time of loss.

**c.** For "existing buildings or structures":

The penalty is that we will only pay the proportion of any loss that the "existing buildings or structures" limit shown on the Declarations bears to the value of this property at the time of loss.

This Additional Condition does not apply if "Need For Adequate Insurance Condition does not apply" is checked on the Declarations.

**7.  When Coverage Ceases**

Coverage will end when one of the following first occurs:

**a.** This policy expires or is cancelled;

**b.** The entire "project" is accepted by the purchaser as complete;

**c.** Your interest in the "project" ceases;

**d.** You abandon the "project" with no intention to complete it;

**e.** "Occupancy" of a "project," but only that portion of the "project" that is put to its intended use.  This condition does not apply when "Occupancy condition does not apply" is checked on the Declarations.

**G.  DEFINITIONS**

**1.  "Additional Green Requirements"** means the additional procedures, processes or materials at the time of loss that are required in order to meet the originally budgeted "green certification" level that had been incorporated into the design of your "project" prior to the loss.

**2.  "Annual Aggregate"** refers to a Limit of Insurance which represents the most we will pay in each separate 12 month period of this policy, regardless of the number of occurrences.

**3.  "Business Income"** means "net income," including "rental value," plus "continuing operating expenses."

**4.  Construction Types:**

**a.  "Frame"** refers to buildings with:

  **(1)** Exterior walls, floors and roofs of combustible construction; or

  **(2)** Exterior walls of non-combustible or slow-burning construction with combustible floors and roofs.

including construction where combustible materials are combined with other materials such as brick veneer, stone veneer, wood iron-clad, and stucco on wood.

 Copyright, CNA  All Rights Reserved.

CNA-71622-XX
(Ed. 07/13)

b.   **"Joisted Masonry"** refers to buildings with exterior walls constructed of masonry materials with a fire-resistance rating of not less than one hour such as adobe, brick, concrete, gypsum block, hollow concrete block, stone, tile or similar materials and where the floors and roof are combustible.

c.   **"Metal Non-Combustible"** refers to buildings where the exterior walls, floors and roof are constructed of, and supported by, metal, asbestos, gypsum or other non-combustible materials (including non- combustible or slow burning roof decks on non-combustible or slow burning supports, regardless of the type of insulation on the roof surface).

d.   **"Masonry Non-Combustible"** refers to buildings with exterior walls constructed of masonry materials not less than 4 inches thick or with a fire-resistance rating of not less than one hour, and where the floors and roof are of metal or other non-combustible materials.

e.   **"Fire Resistive"** refers to buildings with:

    **(1)** Walls constructed with:

        **(a)** Solid masonry, including reinforced concrete of not less than four inches thick; or

        **(b)** Hollow masonry of not less than four inches thick with a listed fire-resistance rating of not less than one hour;

    And assemblies with a fire-resistance rating of not less than one hour.

    The exterior bearing walls and load-bearing portions of exterior walls must be of noncombustible materials or of masonry, but exterior nonbearing walls and wall panels may be slow-burning, combustible, or with no fire- resistance rating.

    **(2)** Floors and roofs constructed with reinforced concrete not less than four inches thick and assemblies with a fire-resistance rating of not less than one hour.

    **(3)** Structural metal supports, including prestressed and posttensioned concrete units, with a fire-resistance rating of not less than one hour.

f.   **Other**

    "Construction Types" may include other structures described on the Declarations or endorsements.

**5.**   **"Continuing Operating Expenses"** means:

a.   Your normal operating expenses including any reasonable and necessary payroll expenses; plus

b.   Charges that are the unsatisfied legal obligation of your tenants and for which you are now obligated.

**6.**   **"Contractual Penalties"** means amounts which, under the terms of a written contract with the "project" owner for a covered "project," you are required to pay to the "project" owner because of a delay in the completion of the "project" in accordance with the contract specifications for the "project."

**7.**   **"Covered Equipment":**

a.   Means "hard costs" and, when an "Existing Buildings or Structures" limit is shown on the Declarations, "existing buildings or structures" equipment:

    **(1)** That generates, transmits or utilizes energy; or

    **(2)** Which, under normal usage, operates under vacuum or pressure, other than the weight of its contents.

b.   Does not mean:

    **(1)** Foundations, structures, cabinets or compartments that support or contain any part of the "covered equipment"; and

    **(2)** Insulating or refractory material.

**8.**   **"Earned Profit"** means the reasonable profit for work that an insured contractor has earned from a "project" as of the time of loss.

**9.**   **"Earth Movement"** means the following, whether caused by natural occurrences or acts or omissions of man:

a.   Earthquake;

b.   Landslide;

Copyright, CNA  All Rights Reserved.

**CNA**

   **c.** "Mine subsidence";

   **d.** "Sinkhole collapse";

   **e.** "Volcanic eruption"; and

   **f.** Other earth sinking, rising, shifting, or movement, except as described under the exclusion for Gradual Damage.

   "Earth Movement" does not include loss, damage or expense caused by "flood."

**10.** **"Electronic Data"** means information or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard drives or other computer media such as disks, CD-ROMs, tapes, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This does not apply to your stock of prepackaged software.

**11.** **"Employee"**:

   **a.** "Employee" means:

     **(1)** Any natural person:

       **(a)** While in your service or for 30 days after termination of service;

       **(b)** Who you compensate directly by salary, wages or commissions; and

       **(c)** Who you have the right to direct and control while performing services for you;

     **(2)** Any natural person who is furnished temporarily to you:

       **(a)** To substitute for a permanent "employee" as defined in Paragraph **(1)** above, who is on leave; or

       **(b)** To meet seasonal or short-term work load conditions;

       while that person is subject to your direction and control and performing services for you;

     **(3)** Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary employee as defined in Paragraph **(2)** above;

     **(4)** Any natural person who is a former "employee," director, partner, member, manager, representative or trustee retained as a consultant while performing services for you; or

     **(5)** Any natural person who is a guest student or intern pursuing studies or duties, excluding, however, any such person while having care and custody of property outside the premises.

   **b.** "Employee" does not mean:

     **(1)** Any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

     **(2)** Any manager, director or trustee except while performing acts coming within the scope of the usual duties of an "employee."

**12.** **"Equipment Breakdown"**:

   **a.** Means direct physical loss or damage to "covered equipment" caused by:

     **(1)** Mechanical breakdown, including rupture or bursting by centrifugal force;

     **(2)** Electrical failure, including arcing; or

     **(3)** Failure of pressure or vacuum equipment

     except as described in **b.** below.

   **b.** Does not mean:

     **(1)** Malfunction including but not limited to adjustment, alignment, calibration, cleaning or modification; or

     **(2)** Defects, erasures, errors, limitations or viruses in computer equipment and programs including the inability to recognize and process any date or time to provide instructions to "covered equipment."

 Copyright, CNA  All Rights Reserved.



13. **"Existing Building or Structure"** means a structure or building constructed prior to the inception of your "project" and that will undergo improvements, alterations, repairs or additions as part of your "project." An "existing building or structure" includes only those parts of a structure or a building that are intended to become a permanent part of the completed "project" during and after renovation or rehabilitation.

14. **"Flood"** means the following, whether caused by natural occurrences or acts or omissions of man:

    **a.** A general and temporary condition of partial or complete inundation of normally dry land areas and/or property situated thereon, including:

        **(1)** The overflow of inland or tidal waters, waves or tidal waves, tsunami, or spray from any of the foregoing;

        **(2)** The unusual and rapid accumulation or runoff of surface waters from any source; and

        **(3)** Release of water held by a dam, levee or dike or by a water or flood control device;

    **b.** Mudslide or mudflow caused or precipitated by accumulation of water on or under the ground;

    **c.** Water under the ground surface pressing on, or flowing or seeping through:

        **(1)** Foundations, walls, floors or paved surfaces;

        **(2)** Basements, whether paved or not; or

        **(3)** Doors, windows or other openings;

    **d.** Water that backs up or overflows from a sewer, drain or sump.

15. **"Fungi"** means any form of fungus, including but not limited to, yeast, mold, mildew, rust, smut or mushroom, and including any spores, mycotoxins, odors, or any other substances, products, or byproducts produced by, released by, or arising out of the current or past presence of fungi. But "fungi" does not include any fungi intended by the insured for consumption.

16. **"Green Certification"** means certification of a building based on the following environmental and energy efficiency rating requirements:

    **a.** Energy Star® energy performance rating system of the U.S. Environmental Protection Agency;

    **b.** Green Globes® of the Green Building Initiative;

    **c.** LEED® of United States Green Building Council;

    **d.** Other, as described on the Declarations.

17. **"Hard Costs"** means materials, supplies, machinery and equipment that have been made or will become a permanent part of the "project."

"Hard Costs" also include the following costs associated with a "project":

    **a.** Site Preparation Expense, including excavation, grading, backfilling and filling or other land movement expenses, when the value of such work has been included in the "Hard Costs" limit.

    **b.** Professional Expense, meaning additional architect, engineering and consultant fees.

    **c.** Advertising Expense, meaning additional advertising and promotional expenses;

    **d.** Lease Renegotiation Expense, meaning administrative expenses and commissions resulting from the renegotiation of leases; and

    **e.** Legal and Accounting Expense, meaning additional legal and accounting fees.

18. **"Jobsite"** means the area within the defined boundaries of a "project" described on the Declarations that is:

    **a.** Specifically scheduled on the Declarations; or

    **b.** If blanket coverage is indicated on the Declarations, associated with any "project" accepted by the first named insured under a written contract.

19. **"Microbes"** means any non-fungal microorganism or non-fungal, colony-form organism that causes infection or disease. "Microbe" includes any spores, mycotoxins, odors, or any other substances, products, or byproducts produced by, released by, or arising out of the current or past presence of microbes.

20. **"Mine subsidence"** means subsidence of a man-made mine, whether or not mining activity has ceased.

 Copyright, CNA  All Rights Reserved.



21. **"Model home"** means a fully constructed house in a housing development that is decorated and furnished to show to prospective buyers.

22. **"Money"** means:

    **a.** Currency, coins and bank notes in current use and having a face value; and

    **b.** Travelers checks, register checks and money orders held for sale to the public.

23. **"Net Income"** means net profit or loss that would likely have been earned or incurred before taxes. "Net income" does not include any profit that would likely have been earned as a result of an increase in the business transactions due to favorable business conditions caused by the impact of the Covered Cause of Loss in the vicinity of such Covered Cause of Loss.

24. **"Occupancy"** means the use of a "project" for its intended purpose. Such use does not include "testing."

25. **"Period of Delay"** means the period of time that:

    **a.** Begins following the number of days shown on the Declarations as the applicable waiting period after the date the "project" would have been completed had there been no loss to Covered Property; and

    **b.** Ends on the earlier of the date:

        **(1) (a)** For the Denial of Access by Civil Authority-Ingress/Egress Time Element Coverage Extension:

            The civil authority no longer prohibits access to the "jobsite," not to exceed the number of days shown on the Declarations (Time Limit) from the day the civil authority first prevented access;

        **(b)** For the Service Interruption Time Element Coverage Extension:

            You should have been able to resume normal operations;

        **(c)** For all other coverage:

            When the damaged Covered Property should have been rebuilt, repaired or replaced with reasonable speed and similar quality; or

        **(2)** The project is completed.

    The "period of delay" is not limited by the expiration date of this policy. The waiting period does not apply to Extra Expense or the Inflation Guard Additional Coverage.

26. **"Pollutants"** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke and soot (other than smoke and soot emanating from a fire involving property insured under this coverage form), vapor, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

27. **"Project"** means a construction or installation project that involves the construction, installation, fabrication, erection, disconnection, dismantling, rigging, hoisting, loading, unloading, renovation or rehabilitation of buildings or structures, and the components thereof. Project types may be further defined or limited on the Declarations.

28. **"Renewable Energy Generating Equipment"** means electrical generating equipment using renewable resources including, but not limited to a solar, wind, or geothermal energy system; low impact hydro system; or biomass or bio-gas system that is part of your covered "project."

29. **"Rental Value"** means that portion of "net income" that would have been earned or incurred as rental income from tenant occupancy of a "location" as furnished and equipped by you, including fair rental value of any portion of the "location," which is occupied by you.

30. **"Securities"** means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes tokens, revenue and food stamps, and evidences of debt issued in connection with credit or charge cards which are not of your own issue.

    But "securities" does not include:

    **a.** "Money";

    **b.** Stamps, other than revenue or food stamps;

    **c.** Tickets, including lottery tickets held for sale; or

    **d.** Letters of credit.



 Copyright, CNA All Rights Reserved.



31. **"Sinkhole Collapse"** means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite provided such cavities were not man made.

32. **"Soft Costs"** means any of the following additional expenses that are over and above the expenses you would otherwise incur in the completion of the "project":

   **a.** Interest, meaning the additional interest on money borrowed to finance construction or repair;

   **b.** Taxes, meaning additional realty taxes and other assessments; and

   **c.** Insurance, meaning additional insurance premiums.

33. **"Specified Causes of Loss"** means: fire; lightning; explosion; wind; hail; smoke; riot or civil commotion; vandalism; theft; leakage from fire extinguishing equipment; aircraft or vehicles and objects thrown up by vehicles; falling objects; weight of snow, ice or sleet; "water damage"; elevator collision; sonic shock waves; or accident to the vehicle while carrying Covered Property.

34. **"System Penetration"** means the intentional and malicious use of a computer to obtain unauthorized access to information and resources stored on electronic data processing equipment in the form of "electronic data."

35. **"Temporary Structures"** means scaffolding, construction forms, falsework, cribbing, and similar temporary structures.

36. **"Testing"** means any start-up, commissioning, operational, performance or other forms of testing including, but not limited to electrical, mechanical, hydraulic, hydrostatic or pneumatic testing.

37 **"Time Element Property"** means the following types of Covered Property, when a corresponding Property limit is shown on the Declarations:

   **a.** "Hard costs";

   **b.** "Existing buildings or structures";

   **c** Property covered under the following Additional Coverages:

   **(1)** Furniture and Fixtures

   **(2)** Jobsite Trailers

   **(3)** Temporary Structures

38. **"Water Conservation System"** means a water reclamation and conservation system that is part of your "project" and consists of a plumbing system, below ground pipes and pumps, reservoirs, holding tanks, and structures to collect rainwater and/or groundwater designed for the circulation of gray water, ground water or rain water to:

   **a.** a building's non-potable water supply;

   **b.** an onsite water treatment facility; or

   **c.** a holding facility for outdoor irrigation.

   "Water Conservation System" does not include landscape irrigation components that are not integrated into the water reclamation and conservation system.

39. **"Water Damage"** means loss or damage resulting from water or other liquid that leaks or flows from plumbing, heating, air conditioning, fire protection systems or other equipment.

40. **"Valuable Papers and Records"** means inscribed, printed or written documents, manuscripts or records, including abstracts, books, deeds, drawings, films, maps or mortgages used for a covered "project." Such property may be your property or the property of others.

   But "valuable papers and records" does not mean "money" or "securities."

41. **"Volcanic Eruption"** means the eruption, explosion or effusion of a volcano.

**CNA**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL NAMED INSUREDS

This endorsement modifies insurance provided under the following:

**BUILDERS RISK COVERAGE FORM**

The following additional named insureds are added to the policy:

1.  All owners, contractors, subcontractors and sub-subcontractors of every tier;

2.  All architects, engineers and surveyors when insured status is required for such persons or organizations by the construction contract.

All other terms and conditions of the policy remain unchanged.

CNA-71626-XX (07/13)
Copyright, CNA  All Rights Reserved.

**CNA**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE FORM

### SCHEDULE

| | | | Provisions Applicable | | |
|---|---|---|---|---|---|
| Location (If Applicable) | Description of Property | Loss Payee (Name & Address) | Loss Payable | Lender's Loss Payable | Contract Of Sale |

### REFER TO INLAND MARINE LOSS PAYEE SCHEDULE

**A.** When this endorsement is attached to your Commercial Inland Marine Coverage Form the term Coverage Form in this endorsement is replaced by the term Policy.

**B. LOSS PAYABLE**

The following is added under the Loss Conditions section of the Commercial Inland Marine Conditions, Paragraph **E. – Loss Payment:**

For Covered Property in which both you and a Loss Payee shown in the above Schedule have an insurable interest, we will:

**1.** Adjust losses with you; and

**2.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**C. LENDER'S LOSS PAYABLE**

**1.** The Loss Payee shown in the above Schedule is a creditor (including a mortgageholder or trustee) with whom you have entered a contract for the sale of Covered Property, whose interest in that Covered Property is established by such written contracts as:

**a.** Bills of lading;

**b.** Financing statements;

**c.** Chattel mortgages.

**2.** For Covered Property in which both you and a Loss Payee have an insurable interest:

**a.** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear;

**b.** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property;

**c.** If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Form, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

(1) Pays any premium due under this Coverage Form at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of this Coverage Form will then apply directly to the Loss Payee.

**d.** If we pay the Loss Payee for any loss or damage and deny payment to you because of



your acts or because you have failed to comply with the terms of this Coverage Form:

**(1)** The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

**(2)** The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principle on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

**3.** If we cancel this policy, we will give written notice to the Loss Payee at least:

**a.** 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

**b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**4.** If we do not renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

**D. CONTRACT OF SALE**

**1.** The Loss Payee shown in the Schedule is a person or organization you have entered a contract with for the sale of Covered Property.

**2.** For Covered Property in which both you and the Loss Payee have an insurable interest we will:

**a.** Adjust losses with you; and

**b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**3.** The following is added under the Loss Condition section of the Commercial Inland Marine Conditions, Paragraph **F. –** Other Insurance:

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

**CNA**

G-144291-A
(Ed. 03/03)

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ECONOMIC AND TRADE SANCTIONS CONDITION

The following condition is added to the COMMON POLICY CONDITIONS:

**ECONOMIC AND TRADE SANCTIONS CONDITION**

In accordance with laws and regulations of the United States concerning economic and trade embargoes, this policy is void **ab initio** (void from its inception) with respect to any term or condition of this policy that violates any laws or regulations of the United States concerning economic and trade embargoes including, but not limited to the following:

1. Any insured, or any person or entity claiming the benefits of an insured, who is or becomes a Specially Designated National or Blocked Person or who is otherwise subject to U.S. economic or trade sanctions;

2. Any claim or "suit" that is brought in a Sanctioned Country or by a Sanctioned Country Government, where any action in connection with such claim or suit is prohibited by U.S. economic or trade sanctions;

3. Any claim or "suit" that is brought by any Specially Designated National or Blocked Person or any person

or entity who is otherwise subject to U.S. economic or trade sanctions;

4. Property that is located in a Sanctioned Country or that is owned by, rented to or in the care, custody or control of a Sanctioned Country Government, where any activities related to such property are prohibited by U.S. economic or trade sanctions; or

5. Property that is owned by, rented to or in the care, custody or control of a Specially Designated National or Blocked Person, or any person or entity who is otherwise subject to U.S. economic or trade sanctions.

As used in this endorsement a Specially Designated National or Blocked Person is any person or entity that is on the list of Specially Designated Nationals and Blocked Persons issued by the U.S. Treasury Department's Office of Foreign Asset Control (O.F.A.C.) as it may be from time to time amended.

As used in this endorsement a Sanctioned Country is any country that is the subject of trade or economic embargoes imposed by the laws or regulations of the United States of America.





G-144291-A
(Ed. 03/03)

Page 1 of 1

IL 00 03 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.



# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

    a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

    b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

    a. Make inspections and surveys at any time;

    b. Give you reports on the conditions we find; and

    c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

    a. Are safe or healthful; or

    b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

IL 01 02 05 05

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES – ACTUAL CASH VALUE

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

With respect to an "open policy," the following are added to any provision which uses the term actual cash value:

**A.** In the event of a total loss to a building or structure, actual cash value is calculated as the lesser of the following:

**1.** The Limit of Insurance applicable to that building or structure; or

**2.** The fair market value of the building or structure.

**B.** In the event of a partial loss to a building or structure, actual cash value is calculated as the lesser of the following:

**1.** The amount it would cost to repair, rebuild or replace the property less a fair and reasonable deduction for physical depreciation of the components of the building or structure that are normally subject to repair or replacement during its useful life. Physical depreciation is based upon the condition of the property at the time of the loss; or

**2.** The Limit of Insurance applicable to the property.

**C.** In the event of a partial or total loss to Covered Property other than a building or structure, actual cash value is calculated as the lesser of the following:

**1.** The amount it would cost to repair or replace the property less a fair and reasonable deduction for physical depreciation, based on the condition of the property at the time of loss; or

**2.** The Limit of Insurance applicable to the property.

**D.** An "open policy" is a policy under which the value of Covered Property is not fixed at policy inception, but is determined at the time of loss in accordance with policy provisions on valuation. The term "open policy" does not apply to Covered Property that is subject to an Agreed Value clause or similar clause that establishes an agreed value prior to loss, unless such clause has expired.





Copyright, ISO Properties, Inc., 2005

IL 01 04 09 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART –FARM PROPERTY –OTHER FARM PROVISIONS FORM –ADDITIONAL
COVERAGES, CONDITIONS, DEFINITIONS
FARM COVERAGE PART –LIVESTOCK COVERAGE FORM
FARM COVERAGE PART –MOBILE AGRICULTURAL MACHINERY AND EQUIPMENT COVERAGE FORM
STANDARD PROPERTY POLICY

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following with respect to loss ("loss") or damage caused by fire:

We do not provide coverage to the insured ("insured") who, whether before or after a loss ("loss"), has committed fraud or intentionally concealed or misrepresented any material fact or circumstance concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** That insured's ("insured's") interest in the Covered Property; or

**4.** A claim under this Coverage Part or Coverage Form.

**C.** The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following with respect to loss ("loss") or damage caused by a Covered Cause of Loss other than fire:

This Coverage Part is void if any insured ("insured"), whether before or after a loss ("loss"), has committed fraud or intentionally concealed or misrepresented any material fact or circumstance concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** An insured's ("insured's") interest in the Covered Property; or

**4.** A claim under this Coverage Part or Coverage Form.

**D.** Except as provided in **E.,** the **Appraisal** Condition is replaced by the following:

If we and you disagree on the value of the property or the amount of loss ("loss"), either may make written request for an appraisal of the loss ("loss"). If the request is accepted, each party shall select a competent and impartial appraiser. Each party shall notify the other of the appraiser selected within 20 days of the request. The two appraisers will select an umpire. If they cannot agree within 15 days, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss ("loss"). If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**1.** Pay its chosen appraiser; and

**2.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**E.** The Appraisal Condition in:

**1.** Business Income (And Extra Expense) Coverage Form **CP 00 30;** and

**2.** Business Income (Without Extra Expense) Coverage Form **CP 00 32;**

is replaced by the following:

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written request for an appraisal of the loss. If the request is accepted, each party will select a competent and impartial appraiser. Each party shall notify the other of the appraiser selected within 20 days of the request. The two appraisers will select an umpire. If they cannot agree within 15 days, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

2022007860724068784286

     Copyright, ISO Properties, Inc., 2006

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

Copyright, ISO Properties, Inc., 2006

**IL 01 04 09 07**

IL 02 70 09 12

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraphs **2.** and **3.** of the **Cancellation** Common Policy Condition are replaced by the following:

**2. All Policies In Effect For 60 Days Or Less**

If this policy has been in effect for 60 days or less, and is not a renewal of a policy we have previously issued, we may cancel this policy by mailing or delivering to the first Named Insured, at the mailing address shown in the policy, and to the producer of record, advance written notice of cancellation, stating the reason for cancellation, at least:

**a.** 10 days before the effective date of cancellation if we cancel for:

**(1)** Nonpayment of premium; or

**(2)** Discovery of fraud by:

**(a)** Any insured or his or her representative in obtaining this insurance; or

**(b)** You or your representative in pursuing a claim under this policy.

**b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**3. All Policies In Effect For More Than 60 Days**

**a.** If this policy has been in effect for more than 60 days, or is a renewal of a policy we issued, we may cancel this policy only upon the occurrence, after the effective date of the policy, of one or more of the following:

**(1)** Nonpayment of premium, including payment due on a prior policy we issued and due during the current policy term covering the same risks.

**(2)** Discovery of fraud or material misrepresentation by:

**(a)** Any insured or his or her representative in obtaining this insurance; or

**(b)** You or your representative in pursuing a claim under this policy.

**(3)** A judgment by a court or an administrative tribunal that you have violated a California or Federal law, having as one of its necessary elements an act which materially increases any of the risks insured against.

Copyright, Insurance Services Office, Inc., 2012



**(4)** Discovery of willful or grossly negligent acts or omissions, or of any violations of state laws or regulations establishing safety standards, by you or your representative, which materially increase any of the risks insured against.

**(5)** Failure by you or your representative to implement reasonable loss control requirements, agreed to by you as a condition of policy issuance, or which were conditions precedent to our use of a particular rate or rating plan, if that failure materially increases any of the risks insured against.

**(6)** A determination by the Commissioner of Insurance that the:

**(a)** Loss of, or changes in, our reinsurance covering all or part of the risk would threaten our financial integrity or solvency; or

**(b)** Continuation of the policy coverage would:

**(i)** Place us in violation of California law or the laws of the state where we are domiciled; or

**(ii)** Threaten our solvency.

**(7)** A change by you or your representative in the activities or property of the commercial or industrial enterprise, which results in a materially added, increased or changed risk, unless the added, increased or changed risk is included in the policy.

**b.** We will mail or deliver advance written notice of cancellation, stating the reason for cancellation, to the first Named Insured, at the mailing address shown in the policy, and to the producer of record, at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium or discovery of fraud; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason listed in Paragraph **3.a.**

**B.** The following provision is added to the **Cancellation** Common Policy Condition:

**7. Residential Property**

This provision applies to coverage on real property which is used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenants' household personal property in a residential unit, if such coverage is written under one of the following:

Commercial Property Coverage Part

Farm Coverage Part – Farm Property – Farm Dwellings, Appurtenant Structures And Household Personal Property Coverage Form

**a.** If such coverage has been in effect for 60 days or less, and is not a renewal of coverage we previously issued, we may cancel this coverage for any reason, except as provided in **b.** and **c.** below.

**b.** We may not cancel this policy solely because the first Named Insured has:

**(1)** Accepted an offer of earthquake coverage; or

**(2)** Cancelled or did not renew a policy issued by the California Earthquake Authority (CEA) that included an earthquake policy premium surcharge.

However, we shall cancel this policy if the first Named Insured has accepted a new or renewal policy issued by the CEA that includes an earthquake policy premium surcharge but fails to pay the earthquake policy premium surcharge authorized by the CEA.

**c.** We may not cancel such coverage solely because corrosive soil conditions exist on the premises. This restriction **(c.)** applies only if coverage is subject to one of the following, which exclude loss or damage caused by or resulting from corrosive soil conditions:

**(1)** Commercial Property Coverage Part – Causes Of Loss – Special Form; or

**(2)** Farm Coverage Part – Causes Of Loss Form – Farm Property, Paragraph **D.** Covered Causes Of Loss – Special.

**C.** The following is added and supersedes any provisions to the contrary:

**Nonrenewal**

**1.** Subject to the provisions of Paragraphs **C.2.** and **C.3.** below, if we elect not to renew this policy, we will mail or deliver written notice, stating the reason for nonrenewal, to the first Named Insured shown in the Declarations, and to the producer of record, at least 60 days, but not more than 120 days, before the expiration or anniversary date.

We will mail or deliver our notice to the first Named Insured, and to the producer of record, at the mailing address shown in the policy.

**2. Residential Property**

This provision applies to coverage on real property used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenants' household property contained in a residential unit, if such coverage is written under one of the following:

Commercial Property Coverage Part

Farm Coverage Part – Farm Property – Farm Dwellings, Appurtenant Structures And Household Personal Property Coverage Form

**a.** We may elect not to renew such coverage for any reason, except as provided in **b., c.** and **d.** below.

**b.** We will not refuse to renew such coverage solely because the first Named Insured has accepted an offer of earthquake coverage.

However, the following applies only to insurers who are associate participating insurers as established by Cal. Ins. Code Section 10089.16. We may elect not to renew such coverage after the first Named Insured has accepted an offer of earthquake coverage, if one or more of the following reasons applies:

**(1)** The nonrenewal is based on sound underwriting principles that relate to the coverages provided by this policy and that are consistent with the approved rating plan and related documents filed with the Department of Insurance as required by existing law;

**(2)** The Commissioner of Insurance finds that the exposure to potential losses will threaten our solvency or place us in a hazardous condition. A hazardous condition includes, but is not limited to, a condition in which we make claims payments for losses resulting from an earthquake that occurred within the preceding two years and that required a reduction in policyholder surplus of at least 25% for payment of those claims; or

**(3)** We have:

**(a)** Lost or experienced a substantial reduction in the availability or scope of reinsurance coverage; or

**(b)** Experienced a substantial increase in the premium charged for reinsurance coverage of our residential property insurance policies; and

the Commissioner has approved a plan for the nonrenewals that is fair and equitable, and that is responsive to the changes in our reinsurance position.

**c.** We will not refuse to renew such coverage solely because the first Named Insured has cancelled or did not renew a policy, issued by the California Earthquake Authority, that included an earthquake policy premium surcharge.

**d.** We will not refuse to renew such coverage solely because corrosive soil conditions exist on the premises. This restriction **(d.)** applies only if coverage is subject to one of the following, which exclude loss or damage caused by or resulting from corrosive soil conditions:

**(1)** Commercial Property Coverage Part – Causes Of Loss – Special Form; or

**(2)** Farm Coverage Part – Causes Of Loss Form – Farm Property, Paragraph **D.** Covered Causes Of Loss – Special.

**3.** We are not required to send notice of nonrenewal in the following situations:

**a.** If the transfer or renewal of a policy, without any changes in terms, conditions or rates, is between us and a member of our insurance group.



2020007860724068764268

**b.** If the policy has been extended for 90 days or less, provided that notice has been given in accordance with Paragraph **C.1.**

**c.** If you have obtained replacement coverage, or if the first Named Insured has agreed, in writing, within 60 days of the termination of the policy, to obtain that coverage.

**d.** If the policy is for a period of no more than 60 days and you are notified at the time of issuance that it will not be renewed.

**e.** If the first Named Insured requests a change in the terms or conditions or risks covered by the policy within 60 days of the end of the policy period.

**f.** If we have made a written offer to the first Named Insured, in accordance with the timeframes shown in Paragraph **C.1.,** to renew the policy under changed terms or conditions or at an increased premium rate, when the increase exceeds 25%.

IL 09 52 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A. Cap On Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B. Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.





151 N. Franklin St.
Chicago, IL 60606

| Policy Number | From **Policy Period** To | Coverage Is Provided By | Agency |
|---|---|---|---|
| C6072406876 | 09/23/19   04/15/20 | Continental Insurance Company | 057447240 |

| Named Insured And Address | Agent |
|---|---|
| PACIFIC CONSTRUCTION GROUP<br>17895 SKY PARK CIRCLE #K<br>IRVINE, CA  92614 | MILLENNIUM RISK MGMT. INS.<br>550 N BRAND BLVD STE 1100<br>GLENDALE, CA 91203 |

**     PAYMENT PLAN SCHEDULE   **


IT IS AGREED THAT THE TOTAL ESTIMATED PREMIUM SHOWN IN
THE DECLARATIONS OF THIS POLICY IS PAYABLE AS FOLLOWS:

|       EFFECTIVE DATE       |       PREMIUM       |
|---|---|
|        09/23/2019          |      $29,673.00     |
|        TOTAL  PREMIUM      |      $29,673.00     |

ISSUE DATE 06/18/19





**END OF COPY**